# EXHIBIT B

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,

      Plaintiff,

                                      Case No. 21-CA-004599

v.

                                      Division J

BIN ZHANG,

      Defendant.

_____/

## VERDICT FORM

We, the jury, return the following verdict:

1.    What is the total amount of damages for the medical expenses incurred by Plaintiff in the past and the medical expenses to be incurred by Plaintiff in the future?

                                      $ _100,000_____

2.    What is the total amount of damages for Plaintiff's loss of earnings in the past and Plaintiff's loss of earning capacity in the future?

                                      $ _1,400,000_____

3.    What is the total amount of damages for the shame, humiliation, and mental anguish experienced by Plaintiff in the past and to be experienced by Plaintiff in the future?

                                      $ _125,000_____

SO SAY WE ALL, this _18_ day of November, 2022

_____  Carter Fox
      , FOREPERSON