# EXHIBIT C

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,

      Plaintiff,

v.

BIN ZHANG,

      Defendant.

_____/

CASE NO. 21-CA-004599

DIVISION J

CLERK OF CIRCUIT COURT
NOV 18 2022 PM 12:16

## FINAL JUDGMENT

Pursuant to the verdict rendered in this action, it is hereby ORDERED and ADJUDGED that Plaintiff, YAQIN LIU, whose address is 218 East Bearss Avenue, Unit 140, Tampa, Florida 33613, shall have and recover from Defendant, BIN ZHANG, who is also known as Alex Chang and whose last known address is 33276 Alagon Street, Temecula, California 92592, a final judgment for the sum of $ 1,625,000.00, which shall immediately begin to bear interest at the rate of 4.75% per year pursuant to Florida Statutes, § 55.03, and for which execution shall now issue.

This Court further reserves its jurisdiction to enforce this Final Judgment and to enter any additional orders as may be necessary and appropriate, including, but not limited to, any order on Plaintiff's entitlement to the recovery of costs pursuant to Florida Statutes, § 57.041.

DONE and ORDERED in Chambers in Hillsborough County, Florida, this *18th* day of November, 2022.

Chet A. Tharpe
CIRCUIT COURT JUDGE



I hereby certify that the foregoing is a true and correct copy of the unredacted document on file in my office. Witness my hand and Official Seal this 18 day of November 20 22.

Hillsborough County, State of Florida
Clerk of the Circuit Court and Comptroller

By: _____
Print: Samantha Herrmann   Deputy Clerk