**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
*evelina.gentry@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Counsel for Plaintiff DuoDuo Cao f/k/a Yaqin Liu*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| In re:<br><br>Bin Zhang,<br><br>    Debtor. | Case No. 6:26-bk-10804-SY<br><br>Chapter 7 |
|---|---|
| DUODUO CAO f/k/a YAQIN LIU,<br><br>    Plaintiff,<br><br>Vs.<br><br>BIN ZHANG,<br><br>    Defendant. | Adv. No. 6:26-ap-01035-SY<br><br>**PROOF OF SERVICE RE:**<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a) [Adv. Docket No. 4]** |

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1                                        CASE NO.: 6:26-AP-01035-SY

**PROOF OF SERVICE**

87056070;1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Leo Alonzo, Office Services Clerk, Akerman LLP, 633 West Fifth Street, Ste. 6400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/05/2026   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Zheng Liu on behalf of Debtor Bin Zhang  - Andy.Liu@AptumLaw.us, 4662851420@filings.docketbird.com, bjliuzheng@recap.email, hkoscarlam@gmail.com
Charles W Daff, Chapter 7 Trustee - charleswdaff@gmail.com, c122@ecfcbis.com

☐ Service information continued on attached page

2.  <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) 06/05/2026   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Bin Zhang, Debtor, 33276 Alagon St Temecula, CA 92592

☐ Service information continued on attached page

3.  <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/05/2026 | Christina Kazarian | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.