## United States Bankruptcy Court
## Central District of California

### 3420 Twelfth Street, Riverside, CA 92501–3819

| | |
|---|---|
| In re:<br>Bin Zhang<br><br><br>Debtor(s). | BANKRUPTCY CASE NO.:  6:26–bk–10804–SY |
| DuoDuo Cao<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Bin Zhang<br><br><br>Defendant(s) | CHAPTER NO.:  7<br><br>ADVERSARY NO.:  6:26–ap–01035–SY |

# NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
# UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 6/5/2026, a request was filed for the clerk to enter default against defendant(s) **Bin Zhang**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

☐   The name of the defendant listed on the request does not match the complaint.

☐   The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.

☐   The complaint file date listed on the request does not match the docket.

☑   A conformed copy of the executed Service of Summons form is not attached.

☐   The request is premature as the time for filing an answer or other responsive pleading has not expired.

☐   The summons has expired.

☐   An answer or other responsive pleading has been filed.

☑   The declaration required under Local Bankruptcy Rule 7055–1(a) is not attached.

☐   There is no Proof of Service of the request on the defaulting party.

☑   The Proof of Service and copy of the Summons is not attached to the request.

☐   A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

Also #3 on the request appears to have incorrect information

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: June 5, 2026

**By: Shari Mason**
  **Deputy Clerk**

(Form van193–ncned VAN–193) Rev. 12/2014                                    **6 – 4 / SM6**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| DuoDuo Cao<br>Yagin Liu | Bin Zhang |

(Form van193–nched VAN–193) Rev. 12/2014

## ATTACHMENT A