Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Defendant Bin Zhang*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 6:26-bk-10804-SY |
| BIN ZHANG, | Chapter 7 |
| Debtor. | Adversary No.: 6:26-ap-01035-SY |
| DUODUO CAO f/k/a YAQIN LIU, | **APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, | |
| v. | |
| BIN ZHANG, | |
| Defendant. | |

Debtor Bin Zhang respectfully requests a 30-day extension to respond to the Complaint filed in the Adversary Proceeding.

**APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1

## A.  The Facts

Plaintiff/Creditor initiated an Adversary Proceeding on April 29, 2026 and purportedly served the Summons and Complaint by mail on April 30, 2026. At that time, Debtor/Defendant was represented in the main bankruptcy case but not in the AP case. Debtor never received the purportedly mail-served the process and thus did not inform the Counsel that he was served. Further, when counsels in the main bankruptcy case met and conferred about related issues, the undersigned was never told that Debtor was mail-served the process purportedly on April 30, 2026.

On June 6, 2026, Plaintiff/Creditor abruptly sought default against Debtor/Defendant, without any prior notice to the undersigned. The undersigned was blindsided but nevertheless investigated the issues presented in the AP complaint and determined that a motion to dismiss had colorable grounds. Namely, Plaintiff/Creditor accused Debtor/Defendant of defamation in a Florida state court, and Debtor/Defendant defaulted after cannot put together the financial resources to defend. Plaintiff/Creditor then obtained a default judgment. Similar to those in California, defamation claims based on Florida law appear to be  strict liability claims that do not require proof of an actual intent to injure.

Only debts arising from "willful and malicious injury" are non-dischargeable in bankruptcy (11 U.S. Code § 523(a)(6)); other debts are.

Thus, Plaintiff/Creditor's defamation judgment having risen out of a default

jument based on a strict liability claim are dischargeable.

### B. The Law

Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure provides that:

when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed . . . .

(Emphasis added.)

Here, the request for extension should be granted.

First, this is the Defendant's first request for an extension.

Second, as explained above, good cause exists. Because Debtor has not received the process by mail, and the undersign was not informed about the service of process until after default is sought; and because colorable grounds exist to dismiss the AP case for failure to state a law.

Third, the undersigned will be in Hong Kong and maintain China tomorrow for two weeks due to pre-scheduled deposition in a different district court case.

Fourth, Plaintiff would not be meaningfully prejudiced. Plaintiff has sought and received discovery about Defendant's finances and has not complained that Defendant's responses are deficient.

---

**APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**CONCLUSION**

Good cause exists for the Court to grant a 30-day extension of time to respond to

Plaintiff's complaint, to July 1 2026. A proposed form of order is attached as **Exhibit A**

and will be lodged after the filing of this application.

Dated: June 8, 2026                              Respectfully submitted,

_____

Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd
Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Bin Zhang*

**APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

# EXHIBIT A

APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Defendant Bin Zhang*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 6:26-bk-10804-SY |
| BIN ZHANG, | Chapter 7 |
| Debtor. | Adversary No.: 6:26-ap-01035-SY |
| DUODUO CAO f/k/a YAQIN LIU, | **ORDER ON APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, | |
| v. | |
| BIN ZHANG, | |
| Defendant. | |

**ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

1

The Court has reviewed the Defendant's Application to extend time to respond to Complaint filed on April 29, 2026 (the" Application").

For good cause shown, **IT IS HEREBY ORDERED** that the deadline for the Defendant to file a response to the Complaint shall be extended until July 1, 2026.

**\*\*END OF ORDER\*\***

**ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

2

**COURT SERVICE LIST**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those show. On the Notice of Electronic Filing receipt issued by the Clerk of Court, by personal delivery and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to ensure delivery to its destination on the following:

### APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: June 8, 2026



By: _____
                 Oscar Lam
Law Clerk to Attorney Zheng Liu

---

**APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**