| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| AKERMAN LLP<br>EVELINA GENTRY (SBN 296796)<br>evelina.gentry@akerman.com<br>633 West Fifth Street, Suite 6400<br>Los Angeles, CA 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>BIN ZHANG,<br><br>Debtor(s). | CASE NO.: 6:26-bk-10804-SY<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 6:26-ap-01035-SY |
|---|---|
| DUODUO CAO f/k/a YAQIN LIU<br><br>Plaintiff(s),<br><br>vs.<br><br>BIN ZHANG,<br><br>Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): BIN ZHANG

2. Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 04/29/2026

3. The summons and complaint were served on Defendant by ☐ Personal Service ☒ Mail Service on the following date (*specify date*): 04/30/2026

4. A conformed copy of the executed service of summons form is attached hereto.

5. The time for filing an answer or other responsive pleading expired on (*specify date*): 06/01/2026

6. No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 06/08/2026

/s/ Evelina Gentry
Signature

Evelina Gentry
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.