**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – RIVERSIDE DIVISION**

| In re: | Case No. 6:26-bk-10804-SY |
|---|---|
| BIN ZHANG, | The Hon. Scott H. Yun |
| Debtor. | Chapter 7 |
| DUODUO CAO f/k/a YAQIN LIU | Adv. No. 6:26-ap-01035-SY |
| Plaintiff, | |
| vs. | **DECLARATION OF EVELINA GENTRY IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LR 7055-1(a)** |
| BIN ZHANG, | |
| Defendant. | |

I, Evelina Gentry, declare:

1. I am an attorney licensed to practice law in the State of California, and am a partner with the law firm Akerman, LLP, counsel of record for plaintiff DuoDuo Cao a/k/a Yaqin Liu (the "Plaintiff"). The facts herein recited are of my own personal knowledge, and if called as a witness I could and would competently testify to the following.

2. I submit this declaration in connection with and in support of the Plaintiff's Request Clerk to Enter Default Under LR 7055-1(a) [Adv. Doc. No. 4], for default against the defendant Bin Zhang (the "Defendant").

3. On April 29, 2026, the Plaintiff commenced this adversary proceeding by filing a *Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(6)* (the "Complaint") [Adv. Doc. No. 1].

4. On April 30, 2026, the Clerk issued the *Summons and Notice of Status Conference in An Adversary Proceeding [LRB 7004-1]* (the "Summons") [Adv. Doc. No. 2].

**DECLARATION OF EVELINA GENTRY IN SUPPORT OF REQUEST FOR CLERK
TO ENTER DEFAULT UNDER LR 7055-1(a)**

87061350;1

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

5.	On April 30, 2026, the Summons, Complaint and Status Conference Procedures were served upon the Defendant as further reflected in the *Proof of Service* [Adv. Doc. No. 3], a copy of which is attached hereto as **Exhibit "A."**

6.	Pursuant to Rule 7012(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Defendant's deadline to file an answer or otherwise respond to the Complaint was June 1, 2026 (the "Response Deadline").

7.	The Response Deadline has not been extended.

8.	The Response deadline has lapsed and no answer, motion, or other response has been filed by the Defendant and/or received by the Plaintiff before the deadline.

9.	The Defendant is not an infant or incompetent, nor is he in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. Section 501 et seq.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 8, 2026, at Los Angeles, California.

*/s/ Evelina Gentry*
Evelina Gentry

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2	Case No. 6:26-bk-01035-SY

**DECLARATION OF EVELINA GENTRY IN SUPPORT OF REQUEST FOR CLERK
TO ENTER DEFAULT UNDER LR 7055-1(a)**

87061350;1