United States Bankruptcy Court

Central District of California

Cao,

    Plaintiff

Zhang,

    Defendant

Adv. Proc. No. 26-01035-SY

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 10, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID**    **Recipient Name and Address**
dft    + Bin Zhang, 33276 Alagon St, Temecula, CA 92592-1327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**    **Bypass Reason**    **Name and Address**
pla    DuoDuo Cao

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| Evelina Gentry | on behalf of Plaintiff DuoDuo Cao evelina.gentry@akerman.com  eileen.lewis@akerman.com;reyko.delpino@akerman.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Zheng Liu | on behalf of Defendant Bin Zhang Andy.Liu@AptumLaw.us 4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com |

District/off: 0973-6                  User: admin                           Page 2 of 2

Date Rcvd: Jun 10, 2026               Form ID: pdf031                        Total Noticed: 1

TOTAL: 4

Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289

*Attorney for Defendant Bin Zhang*

FILED & ENTERED

JUN 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sandoval DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:26-bk-10804-SY |
| BIN ZHANG, | Chapter 7 |
| Debtor. | Adversary No.: 6:26-ap-01035-SY |
| DUODUO CAO, *fka* Yaqin Liu, | **ORDER ON APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, | |
| v. | |
| BIN ZHANG, | |
| Defendant. | |

The court has reviewed the defendant's untimely Application to Extend Time to Respond to Complaint (the" Application") [Docket no. 8] filed on June 8, 2026, which was not supported by any evidence, and no good cause shown,

///

///

///

**ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

1

**IT IS HEREBY ORDERED** that the Application is denied.

###

Date: June 10, 2026

Scott H. Yun
United States Bankruptcy Judge

**ORDER ON EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

2