United States Bankruptcy Court

Central District of California

Cao,

    Plaintiff

Adv. Proc. No. 26-01035-SY

Zhang,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: van192 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID**      **Recipient Name and Address**
dft      +   Bin Zhang, 33276 Alagon St, Temecula, CA 92592-1327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**    **Bypass Reason**   **Name and Address**
pla          DuoDuo Cao

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| Evelina Gentry | on behalf of Plaintiff DuoDuo Cao evelina.gentry@akerman.com  eileen.lewis@akerman.com;reyko.delpino@akerman.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Zheng Liu | on behalf of Defendant Bin Zhang Andy.Liu@AptumLaw.us  4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com |

District/off: 0973-6                                    User: admin                                       Page 2 of 2

Date Rcvd: Jun 10, 2026                          Form ID: van192                                 Total Noticed: 1

TOTAL: 4

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District of California**<br><br>**3420 Twelfth Street, Riverside, CA 92501–3819** | |
| In re:<br>Bin Zhang<br><br><br>Debtor(s). | BANKRUPTCY CASE NO.:  6:26–bk–10804–SY<br><br>CHAPTER NO.:  7 |
| DuoDuo Cao<br><br>**(See Attachment A for names of additional plaintiffs)**<br><br>Plaintiff(s)<br>Versus<br>Bin Zhang<br><br><br><br>Defendant(s) | ADVERSARY NO.:  6:26–ap–01035–SY |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 6/8/2026, a request was filed for the clerk to enter default against defendant(s) **Bin Zhang**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: June 10, 2026

**By: Rosanna Sandoval**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                    **12 – 9 / RS**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| DuoDuo Cao<br>Yagin Liu | Bin Zhang |

(Form van192–nched VAN–192) Rev. 12/2014

## ATTACHMENT A