| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| AKERMAN LLP<br>EVELINA GENTRY (SBN 296796)<br>evelina.gentry@akerman.com<br>633 West Fifth Street, Suite 6400<br>Los Angeles, California 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION

| In re:<br><br>BIN ZHANG<br><br><div align="right">Debtor(s).</div> | CASE NUMBER: 6:26-bk-10804-SY<br><br>ADVERSARY NUMBER: 6:26-ap-01035-SY<br><br>CHAPTER: 7 |
|---|---|
| DUODUO CAO f/k/a YAQIN LIU,<br><br><div align="right">Plaintiff(s),</div><div align="center">vs.</div><br>Bin Zhang<br><br><div align="right">Defendant(s).</div> | **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**<br><br>DATE:  July 9, 2026<br>TIME:   9:30 A.M.<br>COURTROOM: 302<br>ADDRESS:  U.S. Bankruptcy Court<br>3420 Twelfth Street Riverside, CA 92501<br>The Honorable Scott H. Yun |

**TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:**

1.  Name of Defendant(s) against whom default judgment is sought (*specify name*): Bin Zhang _____
    _____

2.  Plaintiff filed the complaint in the above-captioned proceeding on (*specify date*): 04/29/2026 _____

3.  The Summons and Complaint were served on Defendant by    ☐ personal service    ☒ mail service
    on the following date (*specify date*): 04/30/2026 _____

4.  A true and correct copy of the completed return of summons form is attached.

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                  Page 1                          **F 7055-1.2.DEFAULT.JMT.MOTION**

5.  The time for filing an answer or other response expired on (*specify date*): 06/01/2026

6.  No answer or other response has been filed or served by Defendant.

7.  The default of Defendant:

    a.  ☐ Has not yet been entered, but is requested

    b.  ☒ Was entered on (*specify date*): 06/10/2026

8.  **A Status Conference:**

    a.  ☒ Is scheduled for (*specify date, time, and place*): July 30, 2026 at 9:30 a.m.
       3420 Twelfth St., Courtroom 302, Riverside, CA 92501

    b.  ☐ Was held on (*specify date, time, and place*): _____

    _____

9.  As proof that Plaintiff is entitled to the relief requested in the complaint, Plaintiff:

    a.  ☒ Relies on the complaint and attached documents.

    b.  ☒ Attaches the following documents to establish a *prima facie* case:

       (1) ☐ Declaration of *(specify)*: _____

       (2) ☐ Declaration of *(specify)*: _____

       (3) ☒ Other *(specify)*: Request for Judicial Notice of Certified State-Court Records

10. As further support for entry of a default judgment, Plaintiff submits a memorandum of points and authorities (optional).

11. **DECLARATION OF NON-MILITARY STATUS (**Servicemembers Civil Relief Act, 50 U.S.C. chapter 50 (§§ 3901-4043)).  The undersigned party or counsel declares under penalty of perjury, with respect to each Defendant against whom a default judgment is sought by this motion:

    a.  ☒ Defendant is not currently in military service.  The facts that support this statement are as follows (*see the court's website for information about how to verify non-military status*):

       Plaintiff's counsel searched Defendant's name and alias names and did not find any support that the Defendant is in the military.

    b.  ☐ Defendant is currently in military service.  The facts that support this statement are as follows (*if this box is checked, the plaintiff must attach a supplement to this motion addressing the requirements in 50 U.S.C. § 3931(b)(2) to appoint an attorney for the Defendant before entering a judgment*):

    c.  ☐ I am unable to determine whether or not Defendant is in military service.  The facts that support this statement are as follows (*if this box is checked, the plaintiff must attach a supplement to this motion addressing the bond requirement in 50 U.S.C. § 3931(b)(3)*):

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. Defaulting party is not an infant or incompetent party.

Plaintiff requests that this court enter a default judgment in favor of Plaintiff.  A copy of the lodged proposed default judgment is attached.

Date: 06/15/2026

Respectfully submitted,

Akerman LLP
Printed name of law firm

/s/ Evelina Gentry
Signature

Evelina Gentry
Name of Attorney for Plaintiff or Plaintiff

# EXHIBIT A - Military Status Verification

# EXHIBIT B - Copy of Complaint/Summons Issued on Defendant

# EXHIBIT C - Copy of Proof of Service filed evidencing service of Summons and Complaint upon Defendant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 3                          **F 7055-1.2.DEFAULT.JMT.MOTION**