# EXHIBIT A

From: **SCRACVS - Retail Processing System** <Support@servicememberscivilreliefact.com>
Date: Fri, Jun 12, 2026, 9:17 AM
Subject: SCRA Verification Results - Servicemembers Civil Relief Act Centralized Verification Service
To: <reykodelpino@gmail.com>



| Name | Customer # | Case # | Tracking Number |
|---|---|---|---|
| ZHANG, BIN | | 6:26-ap-01035-SY | 202606119893 |

Based upon the information you supplied to us and our further research, as of June 11, 2026 ("Active Duty Status Date"), we report that there is no information in the Department of Defense Manpower Data Center ("DMDC") that indicates that the individual is in Active Duty Status.

Upon searching the data banks of the Department of Defense Manpower Data Center, based upon the information that you provided, the above is the status of the individual ("Subject") on the Active Duty Status Date, as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for active duty.

Affidavit: You opted not to purchase an affidavit. You may order one here. In the future, you can order an affidavit at the check-out screen or you can change the default settings for affidavits in "My Account" to include it in all future orders.

Servicemembers Civil Relief Act Centralized Verification Service



Roy L. Kaufman
Director
[Servicemembers Civil Service Relief Act Verification Service](#) Date: 06/12/2026
For support: [Support@ServicemembersCivilReliefAct.com or Support@SCRA.com](#)

This report is based upon information that you have provided. Providing an erroneous name, social security number, date of birth or other information may cause an erroneous report to be provided. If you obtain further information about the person you may resubmit your request and we will provide new status report for that query. This response reflects status as of Active Duty Status Date only. For historical information, please resubmit your inquiry with a different Active Duty Status Date or contact the individual Military Service SCRA points-of-contact:[https://www.ServicemembersCivilReliefAct.com/live/link/points-of-contact.php](https://www.ServicemembersCivilReliefAct.com/live/link/points-of-contact.php) . If you have evidence that the individual is/was on active duty as of the Active Duty Status Date and you fail to obtain this additional information, punitive provisions of the SCRA may be invoked against you. E.g. USC Section 3951(c).

The Servicemembers Civil Relief Act Centralized Verification Service processes SCRA verifications through the Defense Manpower Data Center (DMDC) which is an organization of the United States Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database, updated periodically (but not daily and not in real time), which is the official source of data on eligibility for military care and other eligibility systems.

This response reflects the following information: (1) the Active Duty status as of the Active Duty Status Date, (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date, and (3) Whether the individual or his/her unit received early notification to report for active duty on the Date of Interest. Records do not predate September 30, 1985.

**More information on Active Duty Status :**

Active duty status as reported in this report is defined in accordance with 10 USC Section 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC Section 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrators (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

**Coverage Under the SCRA is broader in Some Cases.**

Coverage under SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this report.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this report are urged to seek qualified legal counsel to ensure that all rights guaranteed to Servicemembers under the SCRA are protected.

The information provided does not constitute a Consumer Report, as defined by the federal Fair Credit Reporting Act, 15 U.S.C. Section 1681 et seq. and may not be used to determine eligibility for credit, insurance, employment, or used for any other purpose governed by the FCRA.

For security purposes, we do not give out sensitive information in our affidavits. The partial date of birth and Social Security Number listed on the DMDC Status Report is redacted per Fed. R. Civ. P. 5.2 and analogous State rules and privacy issues raised in Shadi Hayden v. The Retail Equation, Inc., USDC No. 8:20-cv-01203 (C.D. Cal.). [https://www.insideclassactions.com/2022/05/16/court-grants-in-part-dismissal-of-certain-privacy-claims-including-ccpa-claim-against-the-retail-equation-and-retailers/](https://www.insideclassactions.com/2022/05/16/court-grants-in-part-dismissal-of-certain-privacy-claims-including-ccpa-claim-against-the-retail-equation-and-retailers/)



© 2026 SCRA, Inc dba Servicemembers Civil Relief Act Centralized Verification Service.
All Rights Reserved.