# EXHIBIT C

**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
*evelina.gentry@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Counsel for Duoduo Cao f/k/a Yagin Liu*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Bin Zhang,<br><br>    Debtor. | Case No. 6:26-bk-10804-SY<br><br>The Hon. Scott H. Yun<br><br>Chapter 7 |
| DUODUO CAO f/k/a YAGIN LIU<br><br>    Plaintiff,<br><br>vs.<br><br>BIN ZHANG,<br><br>    Defendant. | Adv. No.  6:26-ap-01035-SY<br><br>**PROOF OF SERVICE RE:**<br><br>SUMMONS AND NOTICE OF STATUS CONFERENCE [Doc. No. 2-1]; STATUS CONFERENCE PROCEDURES [Doc. No. 2] and COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT [Doc. No. 1] |

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1                                                    CASE NO.: 6:26-AP-01035-SY
**PROOF OF SERVICE**
85351165;1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Christina Kazarian, Office Coordinator, Akerman LLP, 633 West Fifth St., Ste. 6400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): SUMMONS AND NOTICE OF STATUS CONFERENCE [Doc. No. 2-1]; STATUS CONFERENCE PROCEDURES [Doc. No. 2] AND COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT WITH EXHIBIT THERETO [Doc. No. 1]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __04/30/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant Bin Zhang, 33276 Alagon Street, Temecula, CA 92592
Counsel for Defendant Zheng Liu, Esq., Aptum Law, 1660 S. Amphlett Blvd., Ste. 315, San Mateo, CA 94402

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/07/2026 | Christina Kazarian | |
| Date | Printed Name | Signature |

---

This form is mandatory  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**