| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| AKERMAN LLP<br>EVELINA GENTRY (SBN 296796)<br>evelina.gentry@akerman.com<br>633 West Fifth Street, Suite 6400<br>Los Angeles, California 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Plaintiff

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION  ▼

| In re:<br><br>BIN ZHANG,<br><br>Debtor.<br><br>DuoDuo Cao f/k/a Yaqin Liu,<br><br>Plaintiff,<br><br>vs.<br><br>Bin Zhang,<br><br>Defendant.<br><br><div align="right">Debtor(s).</div> | CASE NO.: 6:26-bk-10804-SY (26-ap-01035-SY)<br><br>CHAPTER: 7  ▼<br><br>**NOTICE OF MOTION FOR:**<br><br>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1<br><br><br><br>**(*Specify name of Motion*)**<br><br>DATE: 07/09/2026<br>TIME: 9:30 am<br>COURTROOM: 302<br>PLACE: U.S. Bankruptcy Court<br><br>      3420 Twelfth Street<br>      Riverside, CA 92501 |

1.   TO (*specify name*):  DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

2.   NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.   **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* <div align="center">Page 1</div> **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.


Date:  06/16/2026

Akerman LLP
 Printed name of law firm


/s/ Evelina Gentry
 Signature


Evelina Gentry
 Printed name of attorney

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.