**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Plaintiff/Judgment Creditor*
*DuoDuo Cao f/k/a Yaqin Liu*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BIN ZHANG,<br><br>           Debtor | Case No.: 6:26-bk-10804-SY<br><br>The Hon. Scott H. Yun<br><br>Chapter 7 |
| DUODUO CAO f/k/a YAQIN LIU<br><br>        Plaintiff,<br><br>vs.<br><br>BIN ZHANG,<br><br>        Defendant. | Adv. No. 6:26-ap-01035-SY<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE-COURT RECORDS**<br><br>*[Notice of Motion, Form Motion F 7055 -1.2 w/ Exhibits A-D, and Memorandum of Points and Authorities Filed Concurrently Herewith]*<br><br>Date: July 9, 2026<br>Time: 9:30 a.m.<br>Courtroom: 302<br>Place:  U.S. Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

Plaintiff, DuoDuo Cao (f/k/a Yaqin Liu), in support of her Motion for Default Judgment Under LBR 7055-1, and pursuant to Rules 201 and 902 of the Federal Rules of Evidence, hereby requests this Court's judicial notice of the following, certified records from Florida's Thirteenth Circuit Court and regarding the prior litigation and final judgment in *Liu v. Zhang*, Case No. 21-CA-004599 (Fla.

1                                                                      6:26-ap-01035-SY

**REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE-COURT RECORDS**

87041277;1

13th Cir.) attached here under corresponding exhibit numbers 1-14:

1.    Case Summary for Case No. 21-CA-004599;

2.    Complaint (Doc. 6);

3.    Answer to Complaint, Affirmative Defenses and Counterclaim (Doc. 16);

4.    Amended Answer to Complaint, Affirmative Defenses and Counterclaim (Doc. 38);

5.    Order for Defendant to Show Cause at Hearing on February 3, 2022 (Doc. 53);

6.    Corrected Stipulation to for Defendant's Counsel to Withdraw (Doc. 99);

7.    Order Permitting Withdrawal of Defendant's Counsel and Setting Return Hearing via Zoom on September 8, 2022 (Doc. 105);

8.    Order Striking Pleadings of Defendant (Doc. 107);

9.    Uniform Pretrial Conference Order (Doc. 115);

10.    Verdict Form (Doc. 119);

11.    Final Judgment (Recorded) (Doc. 121);

12.    Order Denying Defendant's Amended Verified Motion to Vacate Final Judgment from November of 2022 (Doc. 159);

13.    Notice of Appeal of Non-Final Order (Doc. 160); and

14.    Order Dismissing Appeal (Doc. 213).

Pursuant to Federal Rule of Evidence 902, a copy of an official record or document recorded in a public office, when certified, is self-authenticating and needs no extrinsic evidence of authenticity to be admitted. Fed. R. Evid. 902.

Pursuant to Federal Rule of Evidence 201, "the court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

Courts may take judicial notice of filings in other courts. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F. 3d 741, 746 n. 6 (9th Cir. 2006).

Indeed, courts routinely take judicial notice of filings in other courts when considering the issue of collateral estoppel based upon prior litigation. See, e.g., *Reyn's Pasta Bell, LLC,* 442 F. 3d at

**REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE-COURT RECORDS**

87041277;1

**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Tel.: (213) 688-9500 – Fax: (213) 627-6342

746-47; *Benton v. County of Los Angeles*, No. 21-55991, 2023 WL 2340622, at \*1 (9th Cir. Mar. 3. 2023); *Wheeler v. Gomez*, 101 F. 3d 706, \*1 (9th Cir. 1996) (unpublished opinion); *Mann v. May*, 846 F. 2d 1382, \*1 (9th Cir. 1988) (unpublished opinion).

WHEREFORE, Plaintiff, DuoDuo Cao, respectfully requests this Court's judicial notice of the foregoing, certified records from Florida's Thirteenth Circuit Court, regarding the prior litigation and final judgment involving Plaintiff and Defendant, Bin Zhang, and in support of Plaintiff's Motion for Default Judgment Under LBR 7055-1.

Date:  June 16, 2026                                **AKERMAN LLP**


By: */s/ Evelina Gentry*
    Evelina Gentry
    *Attorneys for Plaintiff/Judgment Creditor*
    *DuoDuo Cao f/k/a Yaqin Liu*

**AKERMAN LLP**

633 West Fifth Street, Suite 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3                                      6:26-ap-01035-SY

**REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE-COURT RECORDS**

87041277;1