# EXHIBIT 1

# CASE SUMMARY
## CASE NO. 21-CA-004599

| Liu, Yaqin vs Zhang, Bin | § | Location. | **Division J** |
|---|---|---|---|
| | § | Judicial Officer. | **Ellison, Alissa McKee** |
| | § | Filed on: | **06/04/2021** |
| | § | Case Number History: | |
| | § | Uniform Case Number: | **292021CA004599A001HC** |

---

### CASE INFORMATION

**Statistical Closures**
07/09/2021   Disposed by Other

**Case Type:** **Libel-Slander**

**Case Flags:** **General Differentiated Case Management**

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number         21-CA-004599
Court               Division J
Date Assigned       07/14/2025
Judicial Officer    Ellison, Alissa McKee

---

### PARTY INFORMATION

| | | | *Lead Attorneys* |
|---|---|---|---|
| **Plaintiff** | **Liu, Yaqin** | | **ALVAREZ , RICHARD** |
| | | | *Retained* |
| | | | 813-223-7333(W) |
| **Defendant** | **Zhang, Bin** | | |
| | | | **Pro Se** |
| **Counter-Defendant** | **LIU, YAQIN** | | |
| **Counter-Plaintiff** | **ZHANG, BIN** | | **ZHOU , JUNE (HUA)** |
| | | | *Retained* |
| | | | 954-482-0274(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/28/2026 | ORDER FROM DCA<br>*2D2025-3004 - DISMISSED* | *Index # 213* |
| 05/27/2026 | PAYMENT RECEIVED VIA ACH - eCERTIFY | *Index # 212* |
| 05/01/2026 | PAYMENT RECEIVED VIA ACH - eCERTIFY | *Index # 211* |
| 04/24/2026 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 210* |
| 03/02/2026 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 209* |
| 02/05/2026 | ORDER DENYING MOTION<br>Date Signed· 02/05/2026<br>Party· Defendant  Zhang, Bin<br>*DEFENDANT'S PRO SE MOTION TO DISQUALIFY JUDGE*<br>*LINDSAY M  ALVAREZ PURSUANT TO FLORIDA CODE OF JUDICIAL CONDUCT*<br>*CANON 3E(1) AND FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL* | *Index # 208* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

*ADMINISTRATION 2.330 / JUDGE ALVAREZ*

| | | |
|---|---|---|
| 02/03/2026 | SUGGESTION OF BANKRUPTCY | *Index # 206* |
| 02/03/2026 | **BANKRUPTCY** (Judicial Officer: Ellison, Alissa McKee)<br>Party (Zhang, Bin)<br>6:26-bk-10804 | *Index # 207* |
| 02/02/2026 | MOTION TO - FOR<br>Party: Defendant Zhang, Bin<br>*DEFENDANT'S PRO SE - DISQUALIFY JUDGE LINDSAY M ALVAREZ PURSUANT TO FLORIDA CODE OF JUDICIAL CONDUCT CANON 3E(1) AND FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2 330* | *Index # 204* |
| 02/02/2026 | EMERGENCY MOTION HANDLING ORDER<br>Date Signed· 02/02/2026<br>Party: Defendant Zhang, Bin<br>*The matter is not an emergency and should be handled in the normal course. See Smith v Crider,932 So 2d 393 (Fla 2d DCA 2006) Signed by Judge Alvarez* | *Index # 203* |
| 02/02/2026 | EMERGENCY MOTION<br>Party: Defendant Zhang, Bin<br>*TO STAY POST-JUDGMENT DISCOVERY AND ENFORCEMENT PENDING APPEAL* | *Index # 202* |
| 02/02/2026 | ORDER (Judicial Officer: Ellison, Alissa McKee )<br>Date Signed: 02/02/2026<br>Party: Plaintiff Liu, Yaqin; Defendant Zhang, Bin<br>*ON RELATED MOTIONS CONCERNING POST-JUDGMENT DISCOVERY* | *Index # 205* |
| 01/29/2026 | RESPONSE<br>Party: Defendant Zhang, Bin<br>*/ OBJECTION TO PROPOSED ORDER* | *Index # 201* |
| 01/29/2026 | **JAWS HEARING** (11:15 AM)<br>*800 E. Twiggs St Tampa, FL 33602 Room 503* | |
| 01/23/2026 | NOTICE OF FILING<br>Party: Plaintiff Liu, Yaqin<br>*ORDER DISMISSING DEFENDANT'S BANKRUPTCY CASE AND VACATING AUTOMATIC STAY ATTCHD* | *Index # 200* |
| 12/30/2025 | NOTICE OF BANKRUPTCY FILING | *Index # 199* |
| 12/29/2025 | NOTICE OF HEARING<br>Party. Plaintiff Liu, Yaqin<br>*PLTFS MOTION TO COMPEL DFDTS COMPLIANCE WITH PRIOR ORDER ON IN DISCOVERY IN AID OF EXECUTION & DFDTS PRO SE MOTION TO STAY POST JUDGMENT DISCOVERY PENDING APPEAL, JANUARY 29 2026 AT 11 15AM VIA ZOOM* | *Index # 198* |
| 12/09/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 197* |
| 12/05/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 195* |

*Printed on 05/29/2026 at 9 56 AM*

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| 12/04/2025 | 📄 MOTION TO STAY<br>Party: Defendant Zhang, Bin<br>*DEFENDANT'S PRO SE - POST-JUDGMENT DISCOVERY - PENDING APPEAL*<br>*(FLA R APP.P 9 310)* | *Index # 196* |
| 12/04/2025 | 📄 RESPONSE IN OPPOSITION TO | *Index # 194* |
| 12/02/2025 | 📄 MOTION TO COMPEL<br>Party: Plaintiff Liu, Yaqın | *Index # 192* |
| 12/02/2025 | 📄 AGREED ORDER (Judicial Officer· Ellison, Alissa McKee )<br>Date Signed: 12/02/2025<br>Party: Private Attorney ALVAREZ , RICHARD; Private Attorney ZHOU , JUNE (HUA); AUDIT ATTORNEY Audıt, Hillsclerk, Plaıntiff Lıu, Yaqin; Defendant Zhang, Bın; Counter-Plaintiff ZHANG, BIN, Counter-Defendant LIU, YAQIN; Counter-Defendant Cao, Wenqiao<br>*ON*<br>*MOTION TO STRIKE AND REDACT MISDIRECTED FILINGS BY*<br>*FORMER DEFENDANT AND JUDGMENT DEBTOR* | *Index # 191* |
| 12/02/2025 | *CANCELED* **JAWS HEARING** (9:00 AM)<br>*Per Judge's Order* | |
| 12/01/2025 | 📄 NOTICE OF CANCELLING HEARING<br>Party: Plaintiff Liu, Yaqin<br>*MOTION TO STRIKE & REDACT MISDIRECTED FILINGS BY FORMER DFDT &*<br>*JUDGMENT DEBTOR, DECEMBER 2 2025 AT 9AM* | *Index # 193* |
| 11/24/2025 | 📄 ORDER FROM DCA<br>*2D2025-3004* | *Index # 188* |
| 11/19/2025 | 📄 EMERGENCY MOTION HANDLING ORDER (Judıcial Officer: Ellison, Alıssa McKee )<br>Date Signed: 11/19/2025<br>Party: Defendant Zhang, Bin<br>*THE MATTER IS NOT AN EMERGENCY AND SHOULD BE HANDLED IN THE NORMAL*<br>*COURSE* | *Index # 187* |
| 11/17/2025 | 📄 ORDER DENYING MOTION (Judıcial Officer· Ellison, Alissa McKee )<br>Date Signed. 11/17/2025<br>Party  Defendant Zhang, Bin<br>*DEFENDANT'S PRO SE MOTION TO VACATE FINAL JUDGMENT*<br>*AND QUASH SERVICE OF PROCESS PURSUANT TO FLORIDA RULE OF CIVIL*<br>*PROCEDURE 1.540(b)(4) AND 1.140(b))* | *Index # 186* |
| 11/17/2025 | 📄 LETTER TO JUDGE FROM<br>*ALEX CHANG* | *Index # 190* |
| 11/17/2025 | 📄 LETTER TO JUDGE FROM<br>Party· Defendant Zhang, Bın, Counter-Plaintiff ZHANG, BIN | *Index # 189* |
| 11/16/2025 | 📄 MOTION FOR EXTENSION OF TIME<br>Party. Defendant Zhang, Bin<br>*EMERGENCY - TO SERVE FORM 1 977 AND TO CLARIFY OUT-OF-STATE*<br>*NOTARIZATION* | *Index # 185* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| 11/15/2025 | MOTION TO VACATE FINAL JUDGMENT<br>Party· Defendant Zhang, Bin<br>*DEFT'S PRO SE AND QUASH SERVICE OF PROCESS PURSUANT TO FLA R.CIV P. 1.540 (B)(4) & 1 140(B)* | *Index # 184* |
| 11/14/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 183* |
| 11/14/2025 | LETTER OF TRANSMITTAL<br>Party: Defendant Zhang, Bin<br>*CERTIFIED AMENDED NOA TO 2ND DCA* | *Index # 179* |
| 11/14/2025 | APPEAL INVOICE<br>Party  Defendant Zhang, Bin<br>*$104 00 - NOA OF 11/10/25 #163* | *Index # 180* |
| 11/13/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 175* |
| 11/13/2025 | ORDER DENYING MOTION (Judicial Officer: Ellison, Alissa McKee )<br>Date Signed· 11/13/2025<br>Party: Defendant Zhang, Bin<br>*FOR REHEARING* | *Index # 178* |
| 11/12/2025 | MOTION TO VACATE<br>Party  Defendant Zhang, Bin<br>*VERIFIED FINAL JUDGMENT FOR FRAUD UPON THE COURT AND INVALID SERVICE IN THE ALTERNATIVE REQUEST FOR INDICATIVE RULING LIMITED NON-PARTY DISCOVERY AND ADMINISTRATIVE STAY* | *Index # 174* |
| 11/12/2025 | Declaration<br>Party: Defendant Zhang, Bin;  Counter-Plaintiff ZHANG, BIN<br>*VERIFIED - OF BIN ZHANG (SUPPORTING MOTION TO VACATE)* | *Index # 182* |
| 11/12/2025 | MOTION TO VACATE FINAL JUDGMENT<br>Party. Defendant Zhang, Bin, Counter-Plaintiff ZHANG, BIN<br>*DFDTS VERIFIED - FOR FRAUD UPON THE COURT & INVALID SERVICE IN THE ALTERNATIVE REQUEST FOR INDICATIVE RULING, LIMITED NON PARTY DISCOVERY & ADMINISTRATIVE STAY* | *Index # 181* |
| 11/12/2025 | ACKNOWLEDGEMENT OF NEW CASE<br>*2D2025-3004 - NON FINAL - AMENDED* | *Index # 173* |
| 11/11/2025 | AMENDED NOTICE OF APPEAL<br>Party· Defendant Zhang, Bin;  Counter-Plaintiff ZHANG, BIN | *2 pages*<br>*Instrument #*<br>*2025484031*<br>*Index # 177* |
| 11/11/2025 | MOTION TO STAY<br>Party: Defendant Zhang, Bin;  Counter-Plaintiff ZHANG, BIN<br>*DFDTS -POST JUDGMENT DISCOVERY (INCLUDING FORM 1 977) PENDING APPELLATE REVIEW (FLA R APP P  9 310(A) & INC  MEMO  OF LAW* | *Index # 176* |
| 11/11/2025 | MOTION FOR RECONSIDERATION<br>Party. Defendant Zhang, Bin | *Index # 172* |

# CASE SUMMARY
### CASE NO. 21-CA-004599

| Date | Entry | Index |
|---|---|---|
| | *AND TO VACATE ORDER* | |
| 11/11/2025 | AFFIDAVIT | *Index # 171* |
| 11/10/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 170* |
| 11/10/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 169* |
| 11/10/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 168* |
| 11/10/2025 | ORDER FROM DCA<br>*2D2025-3004* | *Index # 167* |
| 11/10/2025 | ACKNOWLEDGEMENT OF NEW CASE<br>*2D2025-3004 NON FINAL* | *Index # 166* |
| 11/10/2025 | EMERGENCY MOTION HANDLING ORDER (Judicial Officer. Ellison, Alissa McKee )<br>Date Signed. 11/10/2025<br>Party: Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN<br>*DEFENDANT'S EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO POST-JUDGMENT DISCOVERY* | *Index # 165* |
| 11/10/2025 | LETTER OF TRANSMITTAL<br>*NOA TO 2DCA* | *Index # 163* |
| 11/06/2025 | EMERGENCY MOTION<br>Party: Defendant Zhang, Bin<br>*DFDTS -FOR ENLARGEMENT OF TIME TO RESPOND TO POST JUDGMENT FINANCIAL DISCOVERY & FOR TEMPORATY PROTECTIVE RELIEF* | *Index # 164* |
| 11/06/2025 | E-FILED CIVIL INDIGENT APPLICATION/FEE WAIVER<br>Party· Private Attorney ALVAREZ , RICHARD; Plaintiff Liu, Yaqin; Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN; Counter-Defendant LIU, YAQIN; Counter-Defendant Cao, Wenqiao | *Index # 161* |
| 11/06/2025 | NOTICE OF APPEAL<br>Party: Private Attorney ALVAREZ , RICHARD; Plaintiff Liu, Yaqin, Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN; Counter-Defendant LIU, YAQIN; Counter-Defendant Cao, Wenqiao<br>*OF NONFINAL ORDER (FLA.R APP P 9 130)* | *2 pages*<br>*Instrument #*<br>*2025477840*<br>*Index # 160* |
| 11/06/2025 | CIVIL AFFIDAVIT APPL INDIGENT STATUS - INCOMPLETE<br>Party: Defendant Zhang, Bin<br>*SIGNATURE SIGNED-ON DATE IS OVER 30 DAYS - NEED UPDATED APPLICATION* | *Index # 162* |
| 11/05/2025 | **JAWS HEARING** (9:00 AM)<br>*800 E. Twiggs St. Tampa, FL 33602 Room 503* | |
| 11/05/2025 | ORDER DENYING MOTION (Judicial Officer. Ellison, Alissa McKee )<br>Date Signed. 11/05/2025 | *Index # 159* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| | Party: Defendant Zhang, Bin<br>*DEFENDANT'S AMENDED VERIFIED MOTION<br>TO VACATE FINAL JUDGMENT FROM NOVEMBER OF 2022* | |
| 11/05/2025 | ORDER GRANTING (Judicial Officer. Ellison, Alissa McKee )<br>Date Signed: 11/05/2025<br>Party: Plaintiff Liu, Yaqin<br>*PLAINTIFF'S MOTION FOR<br>DISCOVERY IN AID OF EXECUTION* | *Index # 157* |
| 11/04/2025 | NOTICE<br>Party: Defendant Zhang, Bin<br>*DFDTS -OF RELATED ORDER & MOTION TO ADOPT PII-ONLY REDACTION<br>PROTOCOL* | *Index # 158* |
| 11/04/2025 | REPLY<br>Party. Defendant Zhang, Bin<br>*- IN SUPPORT OF AMENDED VERIFIED RULE 1 540(B)(4) MOTION TO VACATE FINAL<br>DEFAULT JUDGMENT FOR LACK OF PERSONAL JURISDICTION* | *Index # 156* |
| 11/04/2025 | UNSIGNED ORDER FILED | *Index # 155* |
| 10/28/2025 | RESPONSE IN OPPOSITION TO<br>Party: Plaintiff Liu, Yaqin<br>*DEFENDANT'S AMENDED VERIFIED MOTION TO VACATE<br>FINAL JUDGMENT FROM NOVEMBER OF 2022* | *Index # 154* |
| 09/23/2025 | NOTICE OF HEARING<br>Party: Plaintiff Liu, Yaqin<br>*NOTICE OF HEARING VIA ZOOM ON 12/02/25 AT 9.00 AM* | *Index # 153* |
| 09/21/2025 | CERTIFICATE OF COMPLIANCE | *Index # 152* |
| 09/21/2025 | Declaration | *Index # 151* |
| 09/13/2025 | UNSIGNED ORDER FILED<br>*ORDER GRANTING IN PART AND DENYING IN PARTY PLAINITIFF'S MOTION TO<br>STRIKE AND REDACT (DOCS, 130-137)* | *Index # 150* |
| 09/13/2025 | RESPONSE<br>Party. Plaintiff Liu, Yaqin<br>*PLAINTIFF'S MOTION TO STRIKE AND REDACT MISDIRECTED FILINGS BY FORMER<br>DEFENDANT AND JUDGMENT* | *Index # 149* |
| 09/12/2025 | MOTION TO STRIKE<br>Party. Plaintiff Liu, Yaqin<br>*AND REDACT MISDIRECTED FILINGS BY<br>FORMER DEFENDANT AND JUDGMENT DEBTOR* | *Index # 148* |
| 08/17/2025 | NOTICE<br>Party: Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN<br>*DFDTS -IDENTIFYING OPERATIVE MOTION AND REQUEST FOR RULING ON<br>SUBMISSION* | *Index # 147* |
| 08/13/2025 | NOTICE OF HEARING | |

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| | *11/05/25 AT 9AM* | *Index # 145* |
| 08/12/2025 | AMENDED NOTICE OF HEARING<br>Party: Plaintiff Liu, Yaqin<br>*AMENDED VERIFIED MOTION TO VACATE FINAL DEFAULT JDUGMENT*<br>*PLTFS MOTION FOR DISCOVERY IN AID OF EXECUTION*<br>*11/05/2025 AT 9 AM VIA ZOOM* | *Index # 146* |
| 07/29/2025 | MOTION TO STRIKE<br>Party. Defendant Zhang, Bin<br>*OBJECTION AND - OR, IN THE ALTERNATIVE, TO STAY IN PLAINTIFF'S "MOTION FOR*<br>*DISCOVERY IN AID OF EXECUTION"* | *Index # 144* |
| 07/28/2025 | MOTION TO - FOR<br>Party: Plaintiff Liu, Yaqin<br>*DISCOVERY IN AID OF EXECUTION* | *Index # 143* |
| 07/22/2025 | NOTICE OF APPEARANCE<br>Party. Plaintiff Liu, Yaqin | *Index # 142* |
| 07/18/2025 | MOTION TO VACATE FINAL JUDGMENT<br>Party: Defendant Zhang, Bin<br>*AMENDED VERIFIED MOTION TO VACATE FINAL DEFAULT JUDGMENT (LACK OF*<br>*PERSONAL JURISDICTION) - FLA. R CIV P 1 540(B)(4)* | *Index # 141* |
| 07/17/2025 | PROPOSED NOTICE OF ACTION FILED<br>Party· Plaintiff Liu, Yaqin<br>*NOT ISSUED DUE TO AFFIDAVIT NOT FILED* | *Index # 140* |
| 07/17/2025 | MOTION TO VACATE FINAL JUDGMENT<br>Party· Defendant Zhang, Bin<br>*AMENDED VERIFIED PURSUANT TO RULE 1 540(B)(4) FOR LACK OF PERSONAL*<br>*JURISDICTION* | *Index # 139* |
| 07/15/2025 | NO SUMMONS ISSUED<br>Party: Counter-Defendant LIU, YAQIN; Counter-Defendant Cao, Wenqiao<br>*- WAITING FOR ORDER (MOTION TO AMD )* | *Index # 138* |
| 07/14/2025 | MOTION TO - FOR<br>Party. Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN<br>*ADD WENQIAO CAO AS ADDITIONAL DEFENDANT TO COUNTERCLAIM* | *Index # 137* |
| 07/14/2025 | EXHIBIT<br>Party. Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN<br>*A* | *Index # 136* |
| 07/14/2025 | NOTICE<br>Party. Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN<br>*OF INTENT TO SEEK SANCTIONS* | *Index # 135* |
| 07/11/2025 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed)<br>Party· Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN | *Index # 134* |
| 07/11/2025 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed)<br>Party· Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN | *Index # 133* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

*YAQIN LIU*

| | | |
|---|---|---|
| 07/11/2025 | Declaration<br>Party: Defendant Zhang, Bin, Counter-Plaintiff ZHANG, BIN | *Index # 132* |
| 07/11/2025 | NOTICE OF DISCOVERY<br>Party. Defendant Zhang, Bin, Counter-Plaintiff ZHANG, BIN | *Index # 131* |
| 07/11/2025 | COUNTERCLAIM, THIRD PARTY, CROSSCLAIM EXCEEDING $50,000<br>Party· Defendant Zhang, Bin, Counter-Plaintiff ZHANG, BIN | *Index # 130* |
| 07/11/2025 | NOTICE OF HEARING | *Index # 129* |
| 07/10/2025 | MOTION TO VACATE FINAL JUDGMENT<br>Party: Defendant Zhang, Bin | *Index # 128* |
| 05/08/2023 | ORDER GRANTING MOTION TO COMPEL (Judicial Officer: Barbas, Rex )<br>Date Signed. 05/08/2023<br>Party. Private Attorney ALVAREZ , RICHARD, Private Attorney ZHOU , JUNE (HUA); Plaintiff Liu, Yaqin; Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN; Counter-Defendant LIU, YAQIN<br>*PAYMENT OF MEDIATION FEES* | *Index # 127* |
| 05/08/2023 | SRS REOPEN EVENT | *Index # 126* |
| 03/29/2023 | **JAWS HEARING** (9·00 AM)<br>*800 E Twiggs St Tampa, FL 33602 Room 501* | |
| 03/10/2023 | NOTICE OF HEARING<br>*03/29/2023 @ 9 00AM-* | *Index # 125* |
| 02/28/2023 | MOTION TO COMPEL<br>Party. Defendant Zhang, Bin<br>*PAYMENT OF MEDIATION FEES* | *Index # 124* |
| 12/07/2022 | EVIDENCE DATA SHEET<br>*EDS# 213763* | *Index # 123* |
| 12/01/2022 | MOTION TO COMPEL<br>Party: Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN<br>*PAYMENT OF MEDIATION FEES* | *Index # 122* |
| 11/18/2022 | CLERK'S MINUTES OF JURY TRIAL | *Index # 120* |
| 11/18/2022 | VERDICT FORM FILED | *Index # 119* |
| 11/18/2022 | JURY INSTRUCTIONS | *Index # 118* |
| 11/18/2022 | JURY QUESTION TO THE COURT | *Index # 117* |
| 11/18/2022 | **FINAL JUDGMENT** (Judicial Officer. Barbas, Rex)<br>Monetary Award/Costs<br>Awarded To: Yaqin Liu | *1 pagesInstrument*<br>*2022547754* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

|  |  |  |
|---|---|---|
|  | Awarded against. Bin Zhang<br>Total: 1,625,000.00<br>Other: 1,625,000.00 | *Index # 121* |
| 11/10/2022 | NOTICE<br>Party. Plaintiff Liu, Yaqin | *Index # 116* |
| 11/04/2022 | ORDER OF PRE-TRIAL CONFERENCE (Judicial Officer: Barbas, Rex )<br>Date Signed: 11/04/2022<br>Party· Private Attorney ALVAREZ , RICHARD; Private Attorney ZHOU , JUNE (HUA); Plaintiff Liu, Yaqin, Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN; Counter-Defendant LIU, YAQIN | *Index # 115* |
| 11/04/2022 | ORDER GRANTING (Judicial Officer. Barbas, Rex )<br>Date Signed: 11/04/2022<br>Party: Plaintiff Liu, Yaqin<br>*PLAINTIFF'S MOTION TO USE ZOOM FOR<br>PRESENTATION OF TESTIMONY OF TREATING PHYSICIAN AT TRIAL* | *Index # 114* |
| 11/04/2022 | ORDER (Judicial Officer· Barbas, Rex )<br>Date Signed: 11/04/2022<br>Party: Private Attorney ALVAREZ , RICHARD; Private Attorney ZHOU , JUNE (HUA); Plaintiff Liu, Yaqin; Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN; Counter-Defendant LIU, YAQIN<br>*SCHEDULING SPECIFIC DATES FOR<br>JURY SELECTION AND TRIAL* | *Index # 113* |
| 11/04/2022 | NOTICE<br>Party: Plaintiff Liu, Yaqin | *Index # 112* |
| 10/31/2022 | **JAWS HEARING** (2:30 PM)<br>*800 E Twiggs St Tampa, FL 33602 Room 501* |  |
| 10/18/2022 | ORDER (Judicial Officer. Barbas, Rex )<br>Date Signed: 10/18/2022<br>*ORDER REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES JUDGE R M BARBAS 10/18/2022* | *Index # 111* |
| 10/17/2022 | NOTICE OF FILING<br>Party. Plaintiff Liu, Yaqin<br>*VERDICT FORM AND JURY INSTRUCTIONS- ATTACHED* | *Index # 110* |
| 10/12/2022 | MOTION FOR TELEPHONIC HEARING<br>Party. Plaintiff Liu, Yaqin<br>*FOR PRESENTATION OF<br>TESTIMONY BY TREATING PHYSICIAN AT TRIAL* | *Index # 109* |
| 10/10/2022 | EXHIBIT LIST<br>Party: Plaintiff Liu, Yaqin | *Index # 108* |
| 09/13/2022 | ORDER (Judicial Officer· Barbas, Rex )<br>Date Signed: 09/13/2022<br>Party· Private Attorney ALVAREZ , RICHARD; Private Attorney ZHOU , JUNE (HUA); Plaintiff Liu, Yaqin; Defendant Zhang, Bin, Counter-Plaintiff ZHANG, BIN; Counter-Defendant LIU, YAQIN<br>*STRIKING PLEADINGS OF DEFENDANT* | *Index # 107* |

*Printed on 05/29/2026 at 9 56 AM*

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| 08/30/2022 | ORDER (Judicial Officer: Barbas, Rex )<br>Date Signed: 08/30/2022<br>Party  Private Attorney ALVAREZ , RICHARD;  Private Attorney  ZHOU , JUNE (HUA);  Plaintiff  Liu, Yaqin;  Defendant  Zhang, Bin;  Counter-Plaintiff  ZHANG, BIN;  Counter-Defendant  LIU, YAQIN<br>*REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES* | *Index # 106* |
| 08/15/2022 | ORDER (Judicial Officer: Barbas, Rex )<br>Date Signed: 08/15/2022<br>Party: Defendant  Zhang, Bin<br>*PERMITTING WITHDRAWAL OF DEFENDANT'S COUNSEL AND*<br>*SETTING RETURN HEARING VIA ZOOM ON SEPTEMBER 8, 2022* | *Index # 105* |
| 08/11/2022 | NOTICE OF TAKING DEPOSITION<br>Party.  Plaintiff Liu, Yaqin | *Index # 104* |
| 08/05/2022 | AMENDED NOTICE OF HEARING<br>Party: Defendant  Zhang, Bin | *Index # 103* |
| 08/04/2022 | ORDER GRANTING MOTION TO - FOR (Judicial Officer: Barbas, Rex )<br>Date Signed: 08/04/2022<br>Party·  Plaintiff  Liu, Yaqin<br>*APPOINTMENT OF*<br>*JOANNE QIN AS SECOND INTERPRETER AND*<br>*TRANSLATOR OF MANDARIN CHINESE* | *Index # 102* |
| 08/04/2022 | ORDER GRANTING MOTION TO - FOR (Judicial Officer: Barbas, Rex )<br>Date Signed. 08/04/2022<br>Party.  Plaintiff  Liu, Yaqin<br>*LEAVE OF COURT TO*<br>*CONDUCT DEPOSITION PREVENTED BY ABSENCE OF*<br>*COURT-APPOINTED TRANSLATOR* | *Index # 101* |
| 08/03/2022 | NOTICE OF HEARING<br>Party.  Private Attorney ZHOU , JUNE (HUA)<br>*VIA ZOOM August 8, 2022@8:30 A M* | *Index # 100* |
| 07/22/2022 | WITHDRAWAL<br>Party: Defendant  Zhang, Bin | *Index # 99* |
| 07/22/2022 | WITHDRAWAL<br>Party·  Defendant  Zhang, Bin | *Index # 98* |
| 07/18/2022 | AMENDED NOTICE OF TAKING DEPOSITION<br>Party  Plaintiff  Liu, Yaqin | *Index # 97* |
| 07/12/2022 | WITNESS LIST<br>Party.  Plaintiff  Liu, Yaqin | *Index # 96* |
| 07/08/2022 | ORDER (Judicial Officer: Barbas, Rex )<br>Date Signed: 07/08/2022<br>Party.  Private Attorney ALVAREZ , RICHARD,  Private Attorney  ZHOU , JUNE (HUA);  Plaintiff  Liu, Yaqin,  Defendant  Zhang, Bin;  Counter-Plaintiff  ZHANG, BIN;  Counter-Defendant  LIU, YAQIN | *Index # 95* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

*REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES 07/21/22 AT 10 30 AM*

| | | |
|---|---|---|
| 07/05/2022 | MOTION FOR ENLARGEMENT OF TIME<br>Party: Plaintiff Liu, Yaqin | *Index # 94* |
| 07/05/2022 | AMENDED NOTICE OF HEARING<br>Party: Plaintiff Liu, Yaqin | *Index # 93* |
| 06/28/2022 | MOTION TO - FOR<br>Party. Plaintiff Liu, Yaqin<br>*APPOINTMENT OF JOANNE QIN* | *Index # 92* |
| 06/28/2022 | NOTICE OF HEARING<br>Party. Plaintiff Liu, Yaqin<br>*VIA ZOOM July 21, 2022, at 9 00 a m* | *Index # 91* |
| 06/23/2022 | NOTICE OF MEDIATION CONFERENCE<br>Party: Plaintiff Liu, Yaqin | *Index # 90* |
| 06/17/2022 | NOTICE OF CANCELLING HEARING<br>Party. Plaintiff Liu, Yaqin<br>*JUNE 22, 2022 @ 1 30PM-VIA ZOOM* | *Index # 89* |
| 06/17/2022 | NOTICE OF CHANGE OF ADDRESS OF COUNSEL<br>Party. Plaintiff Liu, Yaqin | *Index # 88* |
| 06/17/2022 | MOTION FOR LEAVE TO<br>Party. Plaintiff Liu, Yaqin<br>*CONDUCT DEPOSITION PREVENTED BY ABSENCE OF COURT-APPOINTED*<br>*TRANSLATOR* | *Index # 87* |
| 06/14/2022 | ORDER<br>Date Signed· 06/14/2022<br>*REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES* | *Index # 86* |
| 06/08/2022 | ORDER SETTING PRETRIAL AND JURY TRIAL<br>Date Signed· 06/08/2022 | *Index # 85* |
| 06/07/2022 | NOTICE OF HEARING<br>Party. Plaintiff Liu, Yaqin<br>*VIA ZOOM June 22, 2022, at 1:30 p.m* | *Index # 84* |
| 05/31/2022 | NOTICE OF ANSWERS TO INTERROGATORIES<br>Party: Defendant Zhang, Bin | *Index # 83* |
| 05/09/2022 | ORDER GRANTING (Judicial Officer. Barbas, Rex )<br>Date Signed· 05/09/2022<br>Party· Plaintiff Liu, Yaqin<br>*PLAINTIFF'S MOTION FOR APPOINTMENT OF*<br>*CHRISTOPHER CROWELL AS INTERPRETER AND*<br>*TRANSLATOR OF MANDARIN CHINESE* | *Index # 81* |
| 05/09/2022 | ORDER GRANTING MOTION TO COMPEL (Judicial Officer: Barbas, Rex )<br>Date Signed· 05/09/2022 | *Index # 80* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| | Party. Plaintiff Liu, Yaqin<br>*DEFENDANT'S PARTICIPATION IN*<br>*DISCOVERY PRIMARILY REGARDING YOUTUBE ANALYTICS* | |
| 05/06/2022 | ORDER ON - TO - FOR (Judicial Officer: Barbas, Rex )<br>Date Signed: 05/06/2022<br>*ORDER*<br>*APPOINTING SPECIAL MASTER HERBERT BERKOWITZ, JUDGE R M B. 05/06/2022* | *Index # 82* |
| 05/06/2022 | NOTICE OF TAKING DEPOSITION<br>Party: Plaintiff Liu, Yaqin | *Index # 79* |
| 05/05/2022 | MOTION TO - FOR<br>Party: Defendant Zhang, Bin<br>*APPOINTMENT OF MISHSHAN BENSON HUANG*<br>*AS INTERPRETER AND TRANSLATOR OF MANDARIN* | *Index # 78* |
| 04/26/2022 | EXHIBIT<br>Party: Defendant Zhang, Bin<br>*D* | *Index # 77* |
| 04/26/2022 | EXHIBIT<br>Party: Defendant Zhang, Bin<br>*C* | *Index # 76* |
| 04/26/2022 | EXHIBIT<br>Party: Defendant Zhang, Bin<br>*B* | *Index # 75* |
| 04/26/2022 | NOTICE OF FILING<br>Party: Defendant Zhang, Bin<br>*EXHIBIT A ATTCHD EXHIBIT B- C - D NOT ATTCHD* | *Index # 74* |
| 04/22/2022 | LETTER FROM<br>Party· Plaintiff Liu, Yaqin<br>*GOOGLE NEHA REDDY* | *Index # 73* |
| 04/22/2022 | NOTICE OF FILING<br>Party: Plaintiff Liu, Yaqin<br>*RESPONSE BY GOOGLE TO ORIGINAL SUBPOENA NOT ATTCHD* | *Index # 72* |
| 04/12/2022 | ORDER<br>Date Signed. 04/12/2022<br>*REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES* | *Index # 71* |
| 04/12/2022 | AGREED ORDER (Judicial Officer. Barbas, Rex )<br>Date Signed· 04/12/2022<br>*UNOPPOSED MOTION FOR*<br>*ENLARGEMENT OF PARTICULAR PRETRIAL DEADLINES* | *Index # 70* |
| 04/01/2022 | NOTICE OF PRODUCTION FROM NON PARTY SUBPOENA ATTACHED<br>Party: Plaintiff Liu, Yaqin | *Index # 69* |
| 03/31/2022 | MOTION TO - FOR | *Index # 68* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| | Party: Plaintiff Liu, Yaqin<br>*ENLARGEMENT OF PARTICULAR PRE TRIAL DEADLINES* | |
| 03/31/2022 | AMENDED NOTICE OF HEARING<br>Party: Plaintiff Liu, Yaqin | *Index # 67* |
| 03/29/2022 | OBJECTION AND RESPONSE<br>Party: Defendant Zhang, Bin | *Index # 66* |
| 03/25/2022 | NOTICE OF HEARING<br>Party: Plaintiff Liu, Yaqin<br>*VIA ZOOM April 27, 2022@10.00 A M* | *Index # 65* |
| 03/24/2022 | MOTION TO - FOR<br>Party: Plaintiff Liu, Yaqin<br>*APPOINTMENT OF CHRISTOPHER CROWELL AS INTERPRETER AND TRANSLATOR OF MANDARIN CHINNESE* | *Index # 64* |
| 03/13/2022 | RESPONSE TO REQUEST FOR PRODUCTION<br>Party. Defendant Zhang, Bin | *Index # 63* |
| 03/11/2022 | MOTION TO COMPEL DISCOVERY<br>Party: Plaintiff Liu, Yaqin | *Index # 62* |
| 02/15/2022 | ORDER FOLLOWING CASE MANAGEMENT CONFERENCE (Judicial Officer. Barbas, Rex )<br>Date Signed· 02/15/2022 | *Index # 61* |
| 01/22/2022 | ORDER<br>Date Signed· 01/22/2022<br>*REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES* | *Index # 60* |
| 01/21/2022 | NOTICE OF ANSWERS TO INTERROGATORIES<br>Party. Defendant Zhang, Bin; Counter-Plaintiff ZHANG, BIN | *Index # 59* |
| 01/21/2022 | RESPONSE TO REQUEST FOR ADMISSIONS<br>Party: Counter-Plaintiff ZHANG, BIN | *Index # 58* |
| 01/21/2022 | RESPONSE TO REQUEST TO PRODUCE<br>Party· Counter-Plaintiff ZHANG, BIN | *Index # 57* |
| 01/19/2022 | RESPONSE TO REQUEST FOR ADMISSIONS<br>Party: Plaintiff Liu, Yaqin | *Index # 56* |
| 01/14/2022 | NOTICE OF PRODUCTION FROM NON PARTY SUBPOENA ATTACHED<br>Party. Plaintiff Liu, Yaqin | *Index # 55* |
| 01/10/2022 | ORDER<br>Date Signed: 01/10/2022<br>*FOR DEFENDANT TO SHOW CAUSE AT*<br>*HEARING ON FEBRUARY 3, 2022* | *Index # 53* |
| 01/07/2022 | **Differentiated Case Management** (9.00 AM) (Judicial Officer: Barbas, Rex ,Location· Edgecomb Courtroom 501) | |

*Printed on 05/29/2026 at 9·56 AM*

# CASE SUMMARY
## CASE NO. 21-CA-004599

Events: 06/07/2021 General Differentiated Case Management Order

| | | |
|---|---|---|
| 01/06/2022 | **AGREED ORDER**<br>Date Signed: 01/06/2022<br>Party: Defendant  Zhang, Bin<br>*ON DEFENDANT'S PARTICIPATION IN DISCOVERY **GRANTED** 01/06/22 CRI* | *Index # 54* |
| 01/05/2022 | **MOTION TO COMPEL DISCOVERY**<br>Party:  Plaintiff  Liu, Yaqin | *Index # 52* |
| 12/20/2021 | **ORDER - OTHER** (Judicial Officer. Barbas, Rex )<br>Date Signed. 12/20/2021<br>Party.  Private Attorney  ALVAREZ , RICHARD;  Private Attorney  ZHOU , JUNE<br>(HUA),  Plaintiff  Liu, Yaqin,  Defendant  Zhang, Bin;  Counter-Plaintiff  ZHANG,<br>BIN;  Counter-Defendant  LIU, YAQIN<br>*REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES VIA ZOOM ON 1-07-22 @ 9·00<br>AM* | *Index # 51* |
| 12/20/2021 | **REQUEST FOR ADMISSIONS**<br>Party: Defendant  Zhang, Bin | *Index # 50* |
| 11/30/2021 | **REQUEST FOR ADMISSIONS**<br>Party:  Plaintiff  Liu, Yaqin | *Index # 49* |
| 11/30/2021 | **NOTICE OF SERVICE OF INTERROGATORIES**<br>Party:  Plaintiff  Liu, Yaqin | *Index # 48* |
| 11/30/2021 | **REQUEST FOR PRODUCTION**<br>Party:  Plaintiff  Liu, Yaqin | *Index # 47* |
| 11/30/2021 | **ANSWER AND AFFIRMATIVE DEFENSES**<br>Party·  Plaintiff  Liu, Yaqin | *Index # 46* |
| 11/18/2021 | **SUPPLEMENTAL RESPONSE**<br>Party:  Plaintiff  Liu, Yaqin | *Index # 45* |
| 11/16/2021 | **MOTION FOR ENLARGEMENT OF TIME**<br>Party.  Plaintiff  Liu, Yaqin | *Index # 43* |
| 11/12/2021 | **ORDER** (Judicial Officer. Barbas, Rex )<br>Date Signed: 11/12/2021<br>Party·  Private Attorney  ALVAREZ , RICHARD;  Private Attorney  ZHOU , JUNE<br>(HUA),  Plaintiff  Liu, Yaqin;  Defendant  Zhang, Bin;  Counter-Plaintiff  ZHANG,<br>BIN;  Counter-Defendant  LIU, YAQIN<br>*CONFIDENTIALITY ORDER 11/12/21 RMB* | *Index # 44* |
| 11/02/2021 | **RESPONSE**<br>Party: Defendant  Zhang, Bin;  Counter-Plaintiff  ZHANG, BIN<br>*TO MOTION FOR CONFIDENTIALITY* | *Index # 42* |
| 10/28/2021 | **LETTER FROM CLERK**<br>*TO ATTY RE  COUNTERCLAIM FEE - jhzlaw@gmail com , jzlaw@mail com* | *Index # 39* |
| 10/27/2021 | **NOTICE OF HEARING** | |

*Printed on 05/29/2026 at 9·56 AM*

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| | Party. Plaintiff Liu, Yaqin<br>*(ZOOM UMC) Plaintiff's Motion for Confidentiality Order 11/3/2021 @9 00AM* | *Index # 41* |
| 10/27/2021 | **ORDER GRANTING MOTION TO - FOR** (Judicial Officer: Barbas, Rex)<br>Recording Needed (Grantors: Liu, Yaqin)<br>Party (Liu, Yaqin; Zhang, Bin; ZHANG, BIN; LIU, YAQIN)<br>    DISMISS COUNTERCLAIM FOR FAILURE TO STATE CAUSES OF ACTION<br>    DEFENDANT SHALL HAVE 10 DAYS FROM THE ENTRY OF THIS ORDER TO<br>    AMNED HIS COUNTERCLAIM 10/27/21 RMB | *2 pagesInstrument*<br>*2021546433*<br>*Index # 40* |
| 10/27/2021 | AMENDED COUNTERCLAIM<br>Party· Defendant Zhang, Bin<br>*COS 10/27/2021 / EXHIBITS ATTACHED* | *Index # 38* |
| 10/27/2021 | MOTION TO COMPEL DISCOVERY<br>Party: Defendant Zhang, Bin | *Index # 37* |
| 10/25/2021 | ORDER GRANTING MOTION TO - FOR (Judicial Officer  Barbas, Rex )<br>Date Signed: 10/25/2021<br>Party: Plaintiff Liu, Yaqin<br>*PLAINTIFF'S MOTION TO STRIKE AND*<br>*FOR MORE DEFINITE STATEMENT REGARDING*<br>*DEFENDANT'S AFFIRMATIVE DEFENSES* | *Index # 36* |
| 10/14/2021 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES<br>Party: Plaintiff Liu, Yaqin | *Index # 35* |
| 10/14/2021 | RESPONSE TO REQUEST FOR PRODUCTION<br>Party: Plaintiff Liu, Yaqin | *Index # 34* |
| 10/13/2021 | MOTION<br>Party· Plaintiff Liu, Yaqin<br>*FOR CONFIDENTIALITY ORDER* | *Index # 33* |
| 10/01/2021 | ORDER - OTHER (Judicial Officer: Barbas, Rex )<br>Date Signed· 10/01/2021<br>Party: Private Attorney ALVAREZ , RICHARD;  Private Attorney  ZHOU , JUNE<br>(HUA); Plaintiff Liu, Yaqin, Defendant Zhang, Bin<br>*REQUIRING ELECTRONIC/TELEPHONIC APPEARANCES VIA ZOOM FOR 10-06-21 @*<br>*10:00* | *Index # 32* |
| 08/30/2021 | NOTICE OF PRODUCTION<br>Party: Private Attorney ZHOU , JUNE (HUA)<br>*AND RESPONSE TO THE REQUEST FOR PRODUCTION* | *Index # 31* |
| 08/30/2021 | RESPONSE TO REQUEST FOR PRODUCTION<br>Party. Private Attorney  ZHOU , JUNE (HUA) | *Index # 30* |
| 08/24/2021 | NOTICE OF ANSWERS TO INTERROGATORIES<br>Party. Defendant Zhang, Bin | *Index # 29* |
| 08/17/2021 | NOTICE OF HEARING<br>Party· Plaintiff Liu, Yaqin<br>*Motion to Strike and for More Definite Statement Regarding Defendant s Affirmative Defenses* | *Index # 28* |

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| | *and Plaintiff's Motion to Dismiss Counterclaim for Failure to State Causes of Action 10/6/2021 @10 00AM* | |
| 08/17/2021 | NOT OF SERVICE OF INTERROGATORIES<br>Party: Private Attorney ZHOU , JUNE (HUA) | *Index # 27* |
| 08/16/2021 | RESPONSE<br>Party· Private Attorney ZHOU , JUNE (HUA) | *Index # 26* |
| 08/13/2021 | REQUEST FOR PRODUCTION<br>Party. Private Attorney ZHOU , JUNE (HUA) | *Index # 25* |
| 07/29/2021 | MOTION TO DISMISS COUNTERCLAIM<br>Party. Plaintiff Liu, Yaqin | *Index # 24* |
| 07/28/2021 | MOTION TO STRIKE<br>Party: Plaintiff Liu, Yaqin | *Index # 23* |
| 07/27/2021 | TRANSMITTAL<br>*OF THE RECORD TO STATE COURT FROM THE US DISTRICT COURT MIDDLE DISTRICT OF FLORDIA W/COPY OF ORDER* | *Index # 22* |
| 07/15/2021 | ORDER DENYING MOTION (Judicial Officer· Barbas, Rex )<br>Date Signed: 07/15/2021<br>Party: Private Attorney ALVAREZ , RICHARD; Private Attorney ZHOU , JUNE (HUA); Plaintiff Liu, Yaqin; Defendant Zhang, Bin<br>*TO DISMISS AND/OR STRIKE* | *Index # 21* |
| 07/15/2021 | SRS REOPEN EVENT | *Index # 20* |
| 07/13/2021 | LETTER TO<br>*ATTY RE COUNTERCLAIM - jhzlaw@gmail.com , jzlaw@mail.com* | *Index # 19* |
| 07/09/2021 | **NOTICE OF REMOVAL TO FEDERAL COURT** (Judicial Officer· Barbas, Rex)<br>Recording Needed (Grantors· Liu, Yaqin, Grantees. Zhang, Bin) | *Index # 18* |
| 07/09/2021 | NOTICE OF REMOVAL TO FEDERAL COURT<br>Party. Defendant Zhang, Bin | *Index # 17* |
| 07/09/2021 | ANSWER- DEFENSES AND COUNTERCLAIM<br>Party· Defendant Zhang, Bin | *Index # 16* |
| 07/07/2021 | NOTICE OF FILING<br>Party: Defendant Zhang, Bin<br>*4 MILE MARKER INC V PETERSEN PUBLISHING, LLC (ATTCHD) 5 PROPOSED ORDER (ATTCHD)* | *Index # 15* |
| 07/06/2021 | NOTICE OF FILING<br>Party: Plaintiff Liu, Yaqin<br>*Plaintiff's Complaint, Silvester v. American Broadcasting Co , Inc , 839 F 2d 1491 (11th Cir 1988), Waldbaum v Fairchild Publications, Inc., 627 F 2d 1287 (D C Cir 1980), and Deeb v Saati, 778 Fe* | *Index # 14* |
| 06/30/2021 | | |

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | | |
|---|---|---|
| | NOTICE OF HEARING<br>Party: Plaintiff Liu, Yaqin<br>*(ZOOM) 7/8/2021 @10 00AM* | *Index # 13* |
| 06/28/2021 | NOTICE OF APPEARANCE<br>Party: Defendant Zhang, Bin | *Index # 12* |
| 06/28/2021 | MOTION TO DISMISS<br>Party: Defendant Zhang, Bin | *Index # 11* |
| 06/07/2021 | E-FILED SUMMONS ISSUED<br>Party: Defendant Zhang, Bin | *Index # 10* |
| 06/07/2021 | General Differentiated Case Management Order | *Index # 9* |
| 06/04/2021 | REQUEST TO PRODUCE<br>Party: Plaintiff Liu, Yaqin | *Index # 8* |
| 06/04/2021 | NOTICE OF SERVICE OF INTERROGATORIES<br>Party: Plaintiff Liu, Yaqin | *Index # 7* |
| 06/04/2021 | COMPLAINT<br>Party: Plaintiff Liu, Yaqin | *Index # 6* |
| 06/04/2021 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING)<br>Party: Plaintiff Liu, Yaqin | *Index # 5* |
| 06/04/2021 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED<br>Party. Plaintiff Liu, Yaqin | *Index # 4* |
| 06/04/2021 | CIVIL COVER SHEET<br>Party: Plaintiff Liu, Yaqin | *Index # 3* |
| 06/04/2021 | General Differentiated Case Management Applies | *Index # 2* |
| 06/04/2021 | File Home Location - Electronic | *Index # 1* |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Counter-Plaintiff** ZHANG, BIN<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 05/29/2026** | 397.50<br>397.50<br>**0.00** |
| | **Defendant** Zhang, Bin<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 05/29/2026** | 406.00<br>302.00<br>**104.00** |
| | **Plaintiff** Liu, Yaqin<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 05/29/2026** | 523.00<br>419.00<br>**104.00** |
| | **Private Attorney** ZHOU , JUNE (HUA)<br>Total Charges | 17 50 |

*Printed on 05/29/2026 at 9 56 AM*

# CASE SUMMARY
## CASE NO. 21-CA-004599

| | |
|---|---|
| Total Payments and Credits | 17.50 |
| **Balance Due as of 05/29/2026** | 0.00 |

I hereby certify that the foregoing is a true and correct copy
of the unredacted document on file in my office. Witness
my hand and Official Seal this 29 day of May
20 26.

Hillsborough County, State of Florida
Clerk of the Circuit Court and Comptroller

By/ _____

Print: _____ As Deputy Clerk

MIRIAN ROMAN-PEREZ

THIS DOCUMENT IS PART OF THE AUTOMATED
DOCKET AND SUBJECT TO PERIODIC CHANGES

*Printed on 05/29/2026 at 9 58 AM*