# EXHIBIT 3



# Electronically Certified Court Record

This is to certify that this is a redacted copy of the original on file in this office.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Hillsborough County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 5/27/2026 3:24:18 PM |
| **Unique Reference Number:** | CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B |
| **Case Number:** | 21-CA-004599 |
| **Case Docket:** | ANSWER- DEFENSES AND COUNTERCLAIM |
| **Requesting Party Code:** | 504 |
| **Requesting Party Reference:** | 19162793 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.

*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: HOVER@hillsclerk.com



Filing # 130368623 E-Filed 07/09/2021 03:02:13 PM

Unique Code : CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B Page 1 of 7

**IN THE CIRCUIT COURT OF THE**
**THIRTEENTH JUDICIAL CIRCUIT IN AND**
**FOR HILLSBOROUGH COUNTY, FLORIDA**

YAQIN LIU,
      Plaintiff,

and

BIN ZHANG,
      Defendant.

                                 /

CASE NO.:   21-CA-004599
DIV. NO.     J

## ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

## ANSWER

**COMES NOW**, Defendant, BIN ZHANG, and files his Answer to Plaintiff's Complaint and states as follows:

1. The Complaint contains translations from Mandarin Chinese into English. Defendant does not admit as to the accuracy of any and/or all translations and reserves the right to amend his answer accordingly if any and/or all translations do not accurately reflect the statement(s) translated.

2. As to paragraph 1, Admit for jurisdictional purposes only.

3. As to paragraph 2, without knowledge.

4. As to paragraph 3, without knowledge

5. As to paragraph 4, Admit.

6. As to paragraph 5, Admit.

7. As to paragraph 6, Admit.

8. As to paragraph 7, Admit.

9. As to paragraph 8, Admit.

10. As to paragraph 9, Admit the dates of YouTube video segments, Denied as to remainder. Expressly deny that Defendant called Plaintiff by her name.

11. As to paragraph 10, Denied.

12. As to paragraph 11, same responses as stated above.

13. As to paragraph 12, Admit as to date, Denied as to remainder.

14. As to paragraph 13, Admit as to date, Denied that statements were defamatory and

Unique Code : CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B Page 2 of 7

false.

15. As to paragraph 14, Denied.

16. As to paragraph 15, Denied.

17. As to paragraph 16, same responses as stated above.

18. As to paragraph 17, Admit as to date, Denied as to remainder.

19. As to paragraph 18, Admit as to date, Denied that statements were defamatory and false.

20. As to paragraph 19, Denied.

21. As to paragraph 20, Denied.

22. As to paragraph 21, same responses as stated above.

23. As to paragraph 22, Admit as to date, Denied as to remainder.

24. As to paragraph 23, Admit as to date, Denied that statements were defamatory and false.

25. As to paragraph 24, Admit as to date and what is in quotes, Denied as to remainder.

26. As to paragraph 25, Denied.

27. As to paragraph 26, Denied.

28. As to paragraph 27, same responses as stated above.

29. As to paragraph 28, Admit as to date, Denied as to remainder.

30. As to paragraph 29, Admit as to date, Denied that statements were defamatory and false.

31. As to paragraph 30, Admit as to date and what is in quotes, Denied as to remainder.

32. As to paragraph 31, Admit except for the word "clamored".

33. As to paragraph 32, Admit.

34. As to paragraph 33, Admit.

35. As to paragraph 34, Admit.

36. As to paragraph 35, Admit.

37. As to paragraph 36, Admit.

38. As to paragraph 37, Admit.

39. As to paragraph 38, Denied.

40. As to paragraph 39, Denied.

Unique Code : CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B Page 3 of 7

41. As to paragraph 40, same responses as stated above.

42. As to paragraph 41, Admit as to date, Denied as .

43. As to paragraph 42, Admit as to date and what is in quotes, Denied as to remainder.

44. As to paragraph 43, Admit.

45. As to paragraph 44, Admit.

46. As to paragraph 45, Denied.

47. As to paragraph 46, Denied,

48. As to paragraph 47, same responses as stated above.

49. As to paragraph 48, Admit as to date, Denied that statements were defamatory and false.

50. As to paragraph 49, Denied that any statements were defamatory.

51. As to paragraph 50, Denied that any statements were false.

52. As to paragraph 51, Denied as to falsity.

53. As to paragraph 52, Denied.

54. As to paragraph 53, Denied.

55. As to paragraph 54, same responses as stated above.

56. As to paragraph 55, Admit as to date, Denied as to remainder.

57. As to paragraph 56, Admit as to date, Denied that statements were defamatory and false.

58. As to paragraph 57, Admit as to date, Denied that any statements were defamatory.

59. As to paragraph 58, Denied.

60. As to paragraph 59, Denied.

61. All allegations not expressly admitted are Denied

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff is a "public figure".

### SECOND AFFIRMATIVE DEFENSE

The statements made regarding the Plaintiff were made with good motives.

Unique Code : CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B Page 4 of 7

### THIRD AFFIRMATIVE DEFENSE

The defamatory posts are reposts or republications, and the defendant is not considered to be the publisher of those posts, as a matter of law.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff must prove actual or compensatory damages. If the plaintiff fails to do so, then only nominal damages may be awarded.

### FIFTH AFFIRMATIVE DEFENSE

Any statements that Defendant made about Plaintiff are true.

### SIXTH AFFIRMATIVE DEFENSE

On December 25, 2020, Defendant posted a video segment on YouTube wherein he provided all sources where he had obtained the information about Plaintiff that Defendant had stated about Plaintiff in the video statements dated between December 17 and 27, 2020 which Plaintiff alleges are defamatory. Plaintiff conveniently failed to use the December 25, 2020 video segment in her Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff filed the Complaint against Defendant and then solicited and received funds from her YouTube subscribers and/or followers. Plaintiff made money due to Defendant's YouTube video segments that she alleges are defamatory. Therefore, Plaintiff did not suffer or incur any damages.

### COUNTERCLAIM

COMES NOW the Defendant, BIN ZHANG, and files this Counterclaim for damages and other relief against Plaintiff, YAQIN LIU, and states as follows:

### JURISDICTION AND PARTIES

1. This is a civil action for damages where the amount in controversy exceeds $75,000.00

Unique Code : CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B Page 5 of 7

exclusive of costs and interests.

2. At all times material hereto, YAQIN LIU (hereinafter "Plaintiff") was and is a resident of Hillsborough County, Florida.

3. At all times material hereto, BIN ZHANG (hereinafter "Defendant") was and is a resident of the State of California.

4. Venue for this action is properly laid in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, as:

(a) The causes of action alleged in this Complaint accrued in Hillsborough County, Florida; and

(b) Plaintiff is a resident of Hillsborough County, Florida.

5. That all conditions precedent to this action have been performed, have occurred, or have been waived.

## STATEMENT OF THE CASE

6. Plaintiff claims that she has over 180,000 subscribers to her YouTube channel, and her video segments have been viewed over 10,000,000 times in the United States alone.

7. Plaintiff posted her segments under the name of "Mao Shen" without stating where she was located, other than in the United States.

8. In December 2020, the Defendant received a private text message threatening the life of his son if he continues criticizing "Mao Shen".

9. Based upon the threat(s) by Plaintiff, Defendant had a strong reason to believe that the lives of his family were in danger.

10. Plaintiff called upon her YouTube subscribers and followers to continue to post insults and death threats on Defendant's YouTube account.

11. Defendant was so terrified by the threats and in fear of Plaintiff that on December 23, 2020, he posted the following on Plaintiff's YouTube account "Let me remind you that, and Chinese families in the US, who doesn't have some guns in the house right?... I am just giving you a little warning."

12. Defendant's fear was reasonable because he did not know Plaintiff's real name or where she was located.

13. Further, on December 23, 2020, Defendant posted on Plaintiff's YouTube account that "I want to know your true identity, your real information. Once you sue me, you will need

to use your real identity. I will get your personal address and your personal name.”

14. In addition, on December 23, 2020, Defendant posted on Plaintiff's YouTube account that "2021 will begin soon, one of my main tasks in 2021 is to drive [plaintiff} out of YouTube." "I hope, my friends, all people pass this video out and forward it, so that more people would know what kind of shit [plaintiff] is."

### COUNT I
### CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

15. Defendant incorporates all allegations contained in paragraphs 1 through + above.

16. The Plaintiff's conduct towards the Defendant was intentional or reckless.

17. The Plaintiff's conduct towards the Defendant was outrageous.

18. The Plaintiff's conduct towards the Defendant caused emotional distress.

19. As a result, Defendant suffered severe emotional distress.

### COUNT II
### CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

20. Defendant incorporates all allegations contained in paragraphs 1 through + above.

21. The Defendant suffered an injury as a result of the Plaintiff's conduct as stated above.

22. Due to death threats, the minor child, ___, suffered an injury.

23. 'Defendant's injury was caused by psychological trauma.

24. The Plaintiff instigated the threats and/or was otherwise involved to some degree in an incident that caused negligent injury to someone else: ___.

25. The injured person, ___, is Defendant's natural child.

### FEES AND COSTS

26. Defendant retained legal counsel and agreed to pay a reasonable fee for representation.

27. Plaintiff should be required to pay Defendant's legal fees if Defendant is the prevailing party, and in addition all costs and other expenses required to maintain this action.

Unique Code : CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B Page 6 of 7

WHEREFORE the Defendant, BIN ZHANG, demands judgment for damages against

Plaintiff, YAQIN LIU, as follows:

1) As to Count I, for Intentional Infliction of Emotional Distress, for damages in an amount

   of at least $75,000;

2) As to Count II, for Negligent Infliction of Emotional Distress, for damages in an amount

   of at least $75,000;

3) Attorney Fees and Costs; and

4) Any other relief as this Court deems just and proper.

*June Zhou*

_____

June Zhou, Esquire
Florida Bar No. 0694045
Law Office of June Zhou, LLC
5970 SW 18th St, #105
Boca Raton, FL 33433
Tel. (954) 482-0274
Fax (954) 482-0275
Email: jzlaw@mail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

Electronic Mail to: Richard Alvarez, Esq., Older Lundy Alvarez & Koch, 1000 W. Cass St.,

Tampa, FL 33606 at triallawyers@olalaw.com on this __9___ day of July 2021.

*June Zhou*_____
June Zhou, Esquire

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND
OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT



THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT
21CA-004599, 5/27/2026 3:24:20 PM

_____
21-CA-004599, 5/27/2026 3:24:20 PM
Victor D. Crist, CLERK

Unique Code : CAA-FAE-BCAFH-FBHBEEAGIDIBACGCGJJA-BFCHEIJ-B Page 7 of 7