# EXHIBIT 4



# Electronically Certified Court Record

This is to certify that this is a redacted copy of the original on file in this office.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Hillsborough County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 5/27/2026 3:24:04 PM |
| **Unique Reference Number:** | CAA-FAE-BCAFH-EFACECAHDGJFFAAJJDJH-BFCHEIG-D |
| **Case Number:** | 21-CA-004599 |
| **Case Docket:** | AMENDED COUNTERCLAIM |
| **Requesting Party Code:** | 504 |
| **Requesting Party Reference:** | 19162793 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.

*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: HOVER@hillsclerk.com



Filing # 137422004 E-Filed 10/27/2021 07:01:23 PM

Case 6:26-ap-01035-SY   Doc 18-4   Filed 06/16/26   Entered 06/16/26 17:48:02   Desc
Exhibit 4 - Amended Answer to Complaint   Affirmative Defenses and Counterclaim (   Page 3 of 14

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 1 of 12

**IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA**

YAQIN LIU,
      Plaintiff,

and

                           CASE NO.:   21-CA-004599
                           DIV. NO.    J

BIN ZHANG,
      Defendant.
_____/

**\*\*AMENDED\*
ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES
AND COUNTERCLAIM**

**COMES NOW**, Defendant, BIN ZHANG, and files his Answer to Plaintiff's Complaint and states as follows:

1. The Complaint contains translations from Mandarin Chinese into English. Defendant does not admit as to the accuracy of any and/or all translations and reserves the right to amend his answer accordingly if any and/or all translations do not accurately reflect the statement(s) translated.

2. As to paragraph 1, Admit for jurisdictional purposes only.

3. As to paragraph 2, without knowledge.

4. As to paragraph 3, without knowledge

5. As to paragraph 4, Admit.

6. As to paragraph 5, Admit.

7. As to paragraph 6, Admit.

8. As to paragraph 7, Admit.

9. As to paragraph 8, Admit.

10. As to paragraph 9, Admit the dates of YouTube video segments, Denied as to remainder. Expressly deny that Defendant called Plaintiff by her name.

11. As to paragraph 10, Denied.

12. As to paragraph 11, same responses as stated above.

13. As to paragraph 12, Admit as to date, Denied as to remainder.

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 2 of 12

14. As to paragraph 13, Admit as to date, denied that statements were defamatory and false.

15. As to paragraph 14, Denied.

16. As to paragraph 15, Denied.

17. As to paragraph 16, same responses as stated above.

18. As to paragraph 17, Admit as to date, Denied as to remainder.

19. As to paragraph 18, Admit as to date, Denied that statements were defamatory and false.

20. As to paragraph 19, Denied.

21. As to paragraph 20, Denied.

22. As to paragraph 21, same responses as stated above.

23. As to paragraph 22, Admit as to date, Denied as to remainder.

24. As to paragraph 23, Admit as to date, Denied that statements were defamatory and false.

25. As to paragraph 24, Admit as to date and what is in quotes, Denied as to remainder.

26. As to paragraph 25, Denied.

27. As to paragraph 26, Denied.

28. As to paragraph 27, same responses as stated above.

29. As to paragraph 28, Admit as to date, Denied as to remainder.

30. As to paragraph 29, Admit as to date, Denied that statements were defamatory and false.

31. As to paragraph 30, Admit as to date and what is in quotes, Denied as to remainder.

32. As to paragraph 31, Admit except for the word "clamored".

33. As to paragraph 32, Admit.

34. As to paragraph 33, Admit.

35. As to paragraph 34, Admit.

36. As to paragraph 35, Admit.

37. As to paragraph 36, Admit.

38. As to paragraph 37, Admit.

39. As to paragraph 38, Denied.

40. As to paragraph 39, Denied.

41. As to paragraph 40, same responses as stated above.

42. As to paragraph 41, Admit as to date, Denied as to remainder.

43. As to paragraph 42, Admit as to date and what is in quotes, Denied as to remainder.

44. As to paragraph 43, Admit.

45. As to paragraph 44, Admit.

46. As to paragraph 45, Denied.

47. As to paragraph 46, Denied,

48. As to paragraph 47, same responses as stated above.

49. As to paragraph 48, Admit as to date, Denied that statements were defamatory and false.

50. As to paragraph 49, Denied that any statements were defamatory.

51. As to paragraph 50, Denied that any statements were false.

52. As to paragraph 51, Denied as to falsity.

53. As to paragraph 52, Denied.

54. As to paragraph 53, Denied.

55. As to paragraph 54, same responses as stated above.

56. As to paragraph 55, Admit as to date, Denied as to remainder.

57. As to paragraph 56, Admit as to date, Denied that statements were defamatory and false.

58. As to paragraph 57, Admit as to date, Denied that any statements were defamatory.

59. As to paragraph 58, Denied.

60. As to paragraph 59, Denied.

61. Defendant demands strict proof of all damages claimed and/or alleged by Plaintiff

62. All allegations not expressly admitted are Denied.

## AFFIRMATIVE DEFENSES
### FIRST AFFIRMATIVE DEFENSE

Plaintiff is a "limited public figure". Plaintiff alleged that "Beginning in or around February of 2020, Plaintiff began to post video segments on YouTube in which she shared her gratitude for the United States, referenced her support of the Republican Party, and occasionally

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 3 of 12

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 4 of 12

offered her opinions on the relationship between the United States and her native country, China." Plaintiff claimed that "her video segments earned over 180,000 subscriptions to her YouTube channel, were viewed over 10,000,000 times in the United States, were viewed over 145,000 times in Florida alone, and became a source of recurring income from Plaintiff." Further, Plaintiff presented her video segments in Mandarin Chinese. The statements Plaintiff posted on her YouTube segments occurred during campaign during and just after the 2020 Presidential election which was highly contested by the Republican party. Plaintiff posted these segments even though she only was in this country only under Permanent Resident Status. Plaintiff used her YouTube video segments to spread countless political rumors during the 2020 U.S. Presidential General Election in an attempt to confuse the public, her subscribers, and followers Plaintiff thrust herself to the forefront of what the above facts establish is a "public controversy" and that Plaintiff played a sufficiently central role in said controversy.

## SECOND AFFIRMATIVE DEFENSE

The statements made regarding the Plaintiff were made with good motives." See *Lewis v. Evans*, 406 So. 2d 489, 494 (Fla. 2d DCA 1981) cited below. During the tome periods that are alleged herein, Plaintiff threatened the life of Defendant's son. Based upon the threat(s) by Plaintiff, Defendant had a strong reason to believe that the lives of his family were in danger. Plaintiff posted her segments under the name of "Mao Shen" without stating where she was located, other than in the United States. Defendant asserts that his intent in making his YouTube statements about Plaintiff was to learn the true identity of Plaintiff as he clearly stated on December 23, 2020 – "I want to know your true identity, your real information. Once you sue me, you will need to use your real identity. I will get your personal address and your personal name".

## THIRD AFFIRMATIVE DEFENSE

Any statements that Defendant made about Plaintiff are true.

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJUDJH-BFCHEIG-D  Page 5 of 12

## COUNTERCLAIM

COMES NOW the Defendant, BIN ZHANG, and files this Counterclaim for damages and other relief against Plaintiff, YAQIN LIU, and states as follows:

## JURISDICTION AND PARTIES

1. This is a civil action for damages where the amount in controversy exceeds $75,000.00 exclusive of costs and interests.

2. At all times material hereto, YAQIN LIU (hereinafter "Plaintiff") was and is a resident of Hillsborough County, Florida.

3. At all times material hereto, BIN ZHANG (hereinafter "Defendant") was and is a resident of the State of California.

4. Venue for this action is properly laid in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, as:

   (a) The causes of action alleged in this Complaint accrued in Hillsborough County, Florida; and

   (b) Plaintiff is a resident of Hillsborough County, Florida.

5. That all conditions precedent to this action have been performed, have occurred, or have been waived.

## STATEMENT OF THE CASE

6. Plaintiff claims that she has over 180,000 subscribers to her YouTube channel, and her video segments have been viewed over 10,000,000 times in the United States alone.

7. Plaintiff posted her segments under the name of "Mao Shen" without stating where she was located, other than in the United States.

8. Plaintiff spread countless political rumors during the 2020 U.S. Presidential General Election in an attempt to confuse the public, her subscribers, and followers.

9. Therefore, many bloggers, including myself came forward to accuse her and found scandals about Plaintiff.

10. Plaintiff be angry and decided to punish someone as a warning to others and Plaintiff located Defendant who only had approximately five thousand followers.

11. Plaintiff sent private messages on Twitter threatening the life of my sonlife of my son many times, because I mentioned in the video that I had a son. She Twittered something like below for several times,

**"You be careful, I know where you live and I know where your son goes to school. You watch out!"**

12. Other specific threats made by Plaintiff are contained in Attachment A to Defendant's Exhibit 1 which is attached.

13. Afterwards, Defendant's son became very scared, nervous. and extremely frightened.

14. After receiving Plaintiff's threats, Defendant became very worried, had nightmares and began suffering psychological damage.

15. Based upon the threat(s) by Plaintiff, Defendant had a strong reason to believe that the lives of his family were in danger.   ·

16. Plaintiff called upon her YouTube subscribers and followers to continue to post insults and death threats on Defendant's YouTube account.

17. Defendant was so terrified by the threats and in fear of Plaintiff that on December 23, 2020, he posted the following on Plaintiff's YouTube account "Let me remind you that, and Chinese families in the US, who doesn't have some guns in the house right?... I am just giving you a little warning."

18. Defendant's fear was reasonable because he did not know Plaintiff's real name or where she was located.

19. Further, on December 23, 2020, Defendant posted on Plaintiff's YouTube account that "Ali received a death threat, but he did not grow up by threat." and "I want to know your true identity, your real information. Once you sue me, you will need to use your real identity. I will get your personal address and your personal name."

20. In addition, on December 23, 2020, Defendant posted on Plaintiff's YouTube account that "2021 will begin soon, one of my main tasks in 2021 is to drive [plaintiff} out of YouTube." "I hope, my friends, all people pass this video out and forward it, so that more people would know what kind of shit [plaintiff] is."

21. On December 25, 2020, Defendant posted a video segment on YouTube wherein he provided all sources where he had obtained the information about Plaintiff that Defendant had stated about Plaintiff in the video statements dated between December 17 and 27, 2020 which Plaintiff alleges are defamatory.

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 6 of 12

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 7 of 12

## COUNT I

### CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

22. Defendant incorporates all allegations contained in all paragraphs contained above and herein, including all Affirmative Defenses.

23. The Plaintiff's conduct towards the Defendant was intentional or reckless.

24. The Plaintiff's conduct towards the Defendant was outrageous.

25. The Plaintiff's conduct towards the Defendant caused emotional distress.

26. As a result, Defendant suffered severe emotional distress.

WHEREFORE the Defendant, BIN ZHANG, demands judgment for damages against Plaintiff, YAQIN LIU, as follows:

1) As to Count I, for Intentional Infliction of Emotional Distress, for damages in an amount of at least $75,000; and

2) Any other relief as this Court deems just and proper.

Law Office of June Zhou, LLC
21346 Saint Andrews Blvd., Ste 209
Boca Raton, FL 33433
Tel. (954) 482-0274
Fax (954) 482-0275
Email: jzlaw@mail.com
Attorney for Defendant

June Zhou, Esquire
Florida Bar No. 0694045

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 8 of 12

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail to: Richard Alvarez, Esq., Older Lundy Alvarez & Koch, 1000 W. Cass St., Tampa, FL 33606 at triallawyers@olalaw.com on this __27__ day of October 2021.

_____

June Zhou, Esquire

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 9 of 12

# EXHIBIT A

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 10 of 12

# ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                              )

County of Riverside                          )

On October 25, 2021 before me,  April Vettorel, Notary Public
(Here insert name and title of the officer)

personally appeared, Bin Zhang
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____                    (Seal)
Signature

APRIL VETTOREL
Comm. #2232252
Notary Public- California
Riverside County
Comm. Expires Feb 24, 2022

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 2 Document Date 10/25/21

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

## INSTRUCTIONS FOR COMPLETING THIS FORM

This form complies with current California statutes regarding notary wording and. if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

Unique Code : CAA-FAE-BCAFH-EFACECAHDGJFFAAJDJH-BFCHEIG-D Page 11 of 12

Translated from Chinese to English

## AFIDAVIT

STATE OF FLORDIA

CONTY OF _____

I, *Bin Zhang*, being sworn, certify that the following information is true:

1. The plaintiff, Ms. Liu spread countless rumors during the 2020 general election, which confuses the public. Therefore, many bloggers, including me, have come forward to accuse her and found a lot of her scandals. She was furious and decided to punish someone as a warning to others and she wanted to choose a soft one to beat. Then she picked me because I only had five thousand followers.

2. We exchanged some unpleasant messages on each other online. I said that everyone knew the plaintiff was a mistress.

3. Then plaintiff threatened me through a private message on Twitter, attempted to stop me from sharing information about her mistress past. Based on the information I had at that moment, I was very sure that she was the mistress of a high-ranking official in mainland China. Later, she fooled around with a married man and a pro-democracy swindle Baiqiao Tang. This resulted in the end of Tang's marriage with Ms. Geng Jing. Ms. Geng Jing was later diagnosed with cancer. Out of sympathy for Ms. Geng Jing, the public opinions condemned the plaintiff's shameless behavior. (Attachment A, "An example of a chat, in which the plaintiff mentioned twice about letting my son die.").

4. After chat on her regular Twitter, she used other various Twitter accounts under different names and sent me private messages threatening the life of my son many times, because I mentioned in the video that I had a son. She Twittered something like below for several times,

   **"You be careful, I know where you live and I know where your son goes to school. You watch out!"**.

5. I had to tell my son about the situation and warned him to be careful. Afterwards, my son was so scared, especially, when he heard me talking about this case on the phone, he was very nervous and extremely frightened. After receiving her threats, I was angry, not only I did not backup, but also wrote heated messages and I even welcomed her to sue me so I can get her real identity. But actually, I have been very worried, had nightmares and began suffering a psychological damage.

---

**Certification of Translation**

I, Fish Li, hereby certify that I am competent in translating from Chinese to English and the foregoing translation is true and accurate to the best of my knowledge and ability.

Fish Li

Date: 10/07/2021

Translated from Chinese to English

6. However, at the time - during the heat of arguments plus frightening, I did not pay attention to the names of her other Twitter's accounts. When I thought of taking a screenshot of these threatening messages in case something happened to me and my son, I realized that the plaintiff already quickly blocked me from access to her other Twitter accounts. Thus, the chat history from her other Twitter's accounts was gone. I contacted Twitter customer service recently and they said if I want to trace the chat history, at least I have to have the other party's account name since my name has been blocked out from her accounts.

I swear that the above testimony is the truth.

Sworn to or affirmed and signed before me on _October 25_ 2021 by Bin Zhang .

Signature: _____
                    Bin Zhang

_____
Signature of the Notary Public

_April Vottorel_____
Print, type or stamp commissioned
Name of notary or deputy clerk

_____ Personally known

_CA DL_____ Production Identification

Type of Identification productid

---

**Certification of Translation**

I, Fish Li, hereby certify that I am competent in translating from Chinese to English and the foregoing translation is true and accurate to the best of my knowledge and ability.

_____
Fish Li
Date: 10/07/2021

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND
OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT



THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT
21-CA-004599, 5/27/2026 3:24:06 PM

_____
21-CA-004599, 5/27/2026 3:24:06 PM
Victor D. Crist, CLERK