# EXHIBIT 6



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Hillsborough County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 5/27/2026 3:24:31 PM |
| **Unique Reference Number:** | CAA-FAE-BCAFH-HCADFIAGEHIHFAAJIAFF-BFCHEJC-A |
| **Case Number:** | 21-CA-004599 |
| **Case Docket:** | WITHDRAWAL |
| **Requesting Party Code:** | 504 |
| **Requesting Party Reference:** | 19162793 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

\*\*The web address shown above contains an embedded link to the verification page for this particular document.

\*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: HOVER@hillsclerk.com



Unique Code : CAA-FAE-BCAFH-HCADFIAGEHIHFAAJIAFF-BFCHEJC-A Page 1 of 4

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,
     Plaintiff,

and
                                      CASE NO.:   21-CA-004599
                                        DIV. NO.    J

BIN ZHANG,
     Defendant.
_____/

## CORRECTED STIPULATION TO FOR DEFENDANT'S COUNSEL TO WITHDRAW

**COMES NOW**, Defendant, BIN ZHANG, together with the attorney of record, June Zhou, Esq. and stipulates to the following:

1. That on July 20, 2022. Defendant Bin Zhang appeared at mediation, with his counsel June Zhou, Esq. along with Plaintiff and her counsel.

2. Plaintiff is and has been represented throughout the proceedings by Richard Alvarez, Esq., 1000 W. Cass St., Tampa, FL 33606, rick.alvarez@akerman.com Secondary Email: nicole.emmett@akerman.com.

3. The parties were not able to agree to a settlement in the above styled case at mediation.

4. Subsequent to the mediation, Defendant Bin Zhang, made a determination to discharge the services of his counsel, June Zhou, Esq.

5. As a result of being discharged, irreconcilable differences have arisen between Bin Zhang and June Zhou, Esq.

6. Trial in the above styled case is not set until November 2022.

7. There have not been any depositions conducted in this matter.

8. Defendant Bin Zhang has informed June Zhou, Esq. that he intends to retain new counsel.

Unique Code : CAA-FAE-BCAFH-HCADFIAGEHIHFAAJIAFF-BFCHEJC-A Page 2 of 4

9.   Fla. R. Prof. Conduct 4-1.16(a) of the Rules Regulating The Florida Bar sets out several situations where withdrawal is mandatory. Withdrawal is mandatory when the client discharges counsel, when counsel is too sick to continue, or when continued representation will result in a violation of the Rules of Professional Conduct.

10.  In the instant matter, withdrawal of June Zhou, Esq. is mandatory pursuant to Fla. R. Prof. Conduct 4-1.16(a) because the Defendant Bin Zhang has discharged June Zhou, Esq., as his legal counsel.

11.  Until Defendant, Bin Zhang, retains legal counsel, he can be served legal documents at alex.chang0723@gmail.com.

DATED this _20_ day of July 2022.

07-20-2022

Bin Zhang
alex.chang0723@gmail.com
(951) 526-4339

June Zhou, Esquire
Florida Bar No. 0694045
Law Office of June Zhou, LLC
21346 Saint Andrews Blvd., #209
Boca Raton, FL 33433
Tel. (954) 482-0274
Fax (954) 482-0275
Email: jzlaw@mail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail to: Richard Alvarez, Esq., at rick.alvarez@akerman.com Secondary Email: nicole.emmett@akerman.com on this ___ day of July 22, 2022.

_____
June Zhou, Esquire

Unique Code : CAA-FAE-BCAFH-HCADFIAGEHIHFAAJIAFF-BFCHEJC-A Page 3 of 4

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,
      Plaintiff,

and                               CASE NO.:   21-CA-004599
                                     DIV. NO.    J

BIN ZHANG,
      Defendant.
_____/

### ORDER GRANTING STIPULATION TO WITHDRAW

THIS CAUSE coming on before this Court on the Stipulation to Withdraw entered into by the Parties and the Court having been fully advised in the premises and after consideration, it is hereby

ORDERED AND ADJUDGED that JUNE ZHOU, Esq. is hereby relieved of further responsibility and is removed as attorney of record in the above-styled causes.

That all further pleadings in these causes of action can be served directly upon the Defendant BIN ZHANG, at _____.

DONE AND ORDERED in Chambers, in Hillsborough County, Tampa, Florida, on this _____ day of July 2022.

_____
Circuit Court Judge

cc:

June Zhou, Esquire
21346 Saint Andrews Blvd., #209
Boca Raton, FL 33433
jzlaw@mail.com

Richard Alvarez, Esq.,
1000 W. Cass St.,
Tampa, FL 33606
triallawyers@olalaw.com

Unique Code : CAA-FAE-BCAFH-HCADFIAGEHIHFAAJIAFF-BFCHEJC-A Page 4 of 4

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT

THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT

21CA-004599, 5/27/2026 3:24:33 PM



21-CA-004599, 5/27/2026 3:24:33 PM
Victor D. Crist, CLERK