# EXHIBIT 7



# Electronically Certified Court Record

This is to certify that this is a redacted copy of the original on file in this office.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Hillsborough County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 5/27/2026 3:24:35 PM |
| **Unique Reference Number:** | CAA-FAE-BCAFH-IEIFJCAJDJJFIACBCFDI-BFCHEJD-I |
| **Case Number:** | 21-CA-004599 |
| **Case Docket:** | ORDER |
| **Requesting Party Code:** | 504 |
| **Requesting Party Reference:** | 19162793 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

\*\*The web address shown above contains an embedded link to the verification page for this particular document.

\*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: HOVER@hillsclerk.com



IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,

    Plaintiff,

v.

                                CASE NO. 21-CA-004599

BIN ZHANG,                           DIVISION J

    Defendant.

_____/

**ORDER PERMITTING WITHDRAWAL OF DEFENDANT'S COUNSEL AND
SETTING RETURN HEARING VIA ZOOM ON SEPTEMBER 8, 2022**

THIS MATTER came before the Court on the Corrected Stipulation to/for Defendant's Counsel to Withdraw, and the Court, having considered the stipulation, having heard from counsel and Defendant, BIN ZHANG, on August 10, 2022, and being otherwise informed, hereby ORDERS and ADJUDGES:

1.    June Zhou, Esquire, is relieved of any further responsibilities in this case or as counsel to Defendant, BIN ZHANG;

2.    Defendant shall have until September 8, 2022, in which to secure replacement counsel, and such counsel shall file and serve notice of his or her appearance in this case by September 8, 2022;

3.    In the interim, all pleadings and other filings in this case shall be served on Defendant by electronic mail to alex.chang0723@gmail.com;

4.    Defendant's replacement counsel or, if none, Defendant shall appear, via Zoom, before the Court on **September 8, 2022**, at **9:00 a.m.** to address the administration of this case;

5.    All appearances at the hearing on September 8, 2022, shall be made via Zoom and by using the Court's meeting identification number of 576 542 5279 and "donna" as the password; and

Unique Code : CAA-FAE-BCAFH-IEIFJCAJDJJFIACBCFDI-BFCHEJD-I Page 1 of 2

CASE NO. 21-CA-004599

6.     The failure of Defendant or Defendant's replacement counsel to appear at the hearing on September 8, 2022, may result in the striking of all defenses and the counterclaim raised by Defendant.

DONE and ORDERED in Chambers in Hillsborough County, Florida, this _____ day of _____, 2022.

21-CA-004599 8/15/2022 10:35:21 AM

**21-CA-004599 8/15/2022 10:35:21 AM**

_____
REX M. BARBAS
Circuit Court Judge

cc:     Richard C. Alvarez, Esquire (via email:  rick.alvarez@akerman.com)
June Zhou, Esquire (via email:  jhzlaw@gmail.com; jzlaw@mail.com)
Defendant, BIN ZHANG (via email:  alex.chang0723@gmail.com)

2

Unique Code : CAA-FAE-BCAFH-IEIFJCAJDJFIACBCFDI-BFCHEJD-I Page 2 of 2

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND
OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT

THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT

21-CA-004599, 5/27/2026 3:24:37 PM

21-CA-004599, 5/27/2026 3:24:37 PM
Victor D. Crist, CLERK