# EXHIBIT 9



# Electronically Certified Court Record

This is to certify that this is a redacted copy of the original on file in this office.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Hillsborough County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 5/27/2026 3:24:27 PM |
| **Unique Reference Number:** | CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E |
| **Case Number:** | 21-CA-004599 |
| **Case Docket:** | ORDER OF PRE-TRIAL CONFERENCE |
| **Requesting Party Code:** | 504 |
| **Requesting Party Reference:** | 19162793 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.

*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: HOVER@hillsclerk.com



Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 1 of 20

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
GENERAL CIVIL DIVISION

YAQIN LIU,

      Plaintiff,

                                  Case No. 21-CA-004599

vs.

                                  Division J

BIN ZHANG,

      Defendant.

_____/

**UNIFORM PRETRIAL CONFERENCE ORDER *(JURY TRIAL)***
*(Revised September 22, 2014)*

In accordance with Section 3 of this Court's previously entered UNIFORM ORDER SETTING CASE FOR TRIAL AND PRETRIAL, the undersigned drafted this UNIFORM PRETRIAL CONFERENCE ORDER for the jury trial scheduled during the week(s) of November 14, 2022:

**/s/**
_____, for Plaintiff.
(Signature)

**DECLINED PARTICIPATION**
_____, for Defendant.
(Signature)

**1.    Concise statement of the nature of the case (to be read to the jury):**

This case involves seven defamatory videos posted by Defendant, BIN ZHANG, on YouTube in late December of 2020.  The videos were about Plaintiff, YAQIN LIU.

Plaintiff came legally to the United States from China and found success making videos about her gratitude for the United States.  Before Defendant's defamatory videos, Plaintiff's You Tube channel, known as "Maoshen" or "Cat God Sees the World," had earned over 180,000 subscribers, 10,000,000 views in the United States, and recurring income for Plaintiff.  But, beginning on December 17, 2020, and continuing through December 27, 2020, Defendant posted a series of seven videos on YouTube, as part of his self-proclaimed, "Cat Killing Mission," wherein he attacked Plaintiff with defamatory statements that, among other claims, falsely stated that

Case No. 21-CA-004599

Plaintiff was a whore and an adulterer, quit junior high to become a prostitute, was the mistress of a spy for the Chinese Communist Party and the mistress of other men, had a son with a corrupt Chinese official, was the spokesperson for the Chinese Communist Party or "CCP," and had been gang raped. It was Defendant's stated mission to have Plaintiff involuntarily repatriated to China and to ruin her YouTube channel, viewership, subscriptions, and income.

Defendant made these videos and defamatory statements with malice, and the defamatory statements caused legal damages to Plaintiff in the past and will cause legal damages to Plaintiff in the future, including, but not limited to her shame, humiliation, and mental anguish, medical expenses, and her loss of earnings and earnings capacity.

This trial is to determine the monetary amount of Plaintiff's damages.

2.      **Necessity or desirability of amendments to pleadings:**

Amendments to the pleadings are unnecessary.

3.      **Issues of fact for the jury to determine:**

The monetary amount of Plaintiff's damages.

4.      **Number of peremptory challenges:**

Three per side.

5.      **Admissions or stipulations to avoid unnecessary proof:**

a.      Plaintiff, YAQIN LIU, is a lawful permanent resident of the United States and, more precisely, Hillsborough County, Florida. Compl. at ¶ 2.

b.      Beginning in or around February of 2020, Plaintiff began to post videos on YouTube in which she shared her gratitude for the United States. *Id.* at ¶ 3.

c.      Plaintiff's videos were presented in Mandarin Chinese and were featured on her YouTube channel known as "Maoshen" or, in English, "Cat God Seeing China." *Id.* at ¶ 4.

d.      As of December of 2020, Plaintiff's youthful and observational videos earned over 180,000 subscriptions to her YouTube channel, were viewed over 10,000,000 times in the United States, and became a source of recuring income for Plaintiff. *Id.* at ¶ 5.

e.      Beginning on December 17, 2020, and continuing through December 27, 2020, Defendant, BIN ZHANG, posted a series of seven videos on YouTube, as part of his self-proclaimed, "Cat Killing Mission," wherein he attacked Plaintiff with defamatory statements that identified Plaintiff by her name and her Florida residence, clamored for additional personal information on Plaintiff, declared his objective of having Plaintiff involuntarily repatriated to China, actively encouraged Plaintiff to sue him because of his defamatory statements, and

*Revised September 22, 2014*
Page 2 of 8

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 2 of 20

Case No. 21-CA-004599

otherwise sought to ruin Plaintiff's YouTube channel, viewership, subscriptions, and income. *Id.* at ¶ 9.

f.      Defendant's defamatory statements and videos were viewed throughout the United States and, more precisely, by Floridians, including Floridians who subsequently notified and questioned Plaintiff about Defendant's misconduct. *Id.* at ¶ 10.

g.      Defendant's first defamatory video was posted on or about December 17, 2020, featured one or more photographs of Plaintiff, and contained false statements about her, which exposed Plaintiff to hatred, distrust, ridicule, contempt, and disgrace, which injured her in the exercise of her business on YouTube, and which included false claims, among others, that Plaintiff is the spokesperson for, and mistress of, a supposed spy for the Chinese Communist Party and, together, they are an "adulterer and whore." *Id.* at ¶¶ 12-13.

h.      Defendant's second defamatory video was posted on or about December 19, 2020, featured one or more photographs of Plaintiff, and contained false statements about her, which exposed Plaintiff to hatred, distrust, ridicule, contempt, and disgrace, which injured her in the exercise of her business on YouTube, and which included false claims, among others, that Plaintiff's videos are written and produced by a supposed spy for the Chinese Communist Party and Plaintiff is the mistress of this supposed CCP spy. *Id.* at ¶¶ 17-18.

i.      Defendant's third defamatory video was posted on or about December 20, 2020, featured one or more photographs of Plaintiff, and contained false statements about her, which exposed Plaintiff to hatred, distrust, ridicule, contempt, and disgrace, which injured her in the exercise of her business on YouTube, and which included false claims, among others, that Plaintiff is a mistress, an "adulterer whore," and is "brainless with big breasts." *Id.* at ¶¶ 22-24.

j.      Defendant's fourth defamatory video was posted on or about December 23, 2020, featured one or more photographs of Plaintiff, and contained false statements about her, which exposed Plaintiff to hatred, distrust, ridicule, contempt, and disgrace, which injured her in the exercise of her business on YouTube, and which included false claims, among others, that Plaintiff is the mistress of a supposed CCP spy, was the mistress of CCP officers, and is "the CCP's big propaganda, . . . a CCP running dog, . . . a communist bandit, and . . . a shameless bitch." Defendant's fourth video also encouraged Plaintiff to sue Defendant because of his defamatory statements, specifically stating, "I am waiting for you to sue me. If you do not sue me, you are a son of a bitch." Defendant further clamored for additional personal information on Plaintiff, specifically stating, "I want to know your true identity, your real information. Once you sue me, you will need to use your real identity. I will get your personal address [and] your personal name." Defendant followed his requests for Plaintiff's personal address with a direct threat to her safety, specifically stating, "Let me remind you that, in Chinese families in the U.S., who doesn't have some guns in the house, right? . . . I am just giving you a little warning." Defendant thereafter declared his objective of having Plaintiff involuntarily repatriated to China. Defendant later added, "Once you let me know your real name, then we will put a good show on the stage. So, everyone please keep paying attention to my channel." Defendant explained his commercial interest and his "Cat Killing Mission" by stating, "2021 will begin soon, one or my main tasks in 2021 is to drive you, [Plaintiff], out of YouTube." Defendant additionally stated, with the same commercial

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 3 of 20

Case No. 21-CA-004599

interest, "I hope, my friends, all people pass this video out and forward it, so that more people will know what kind of shit [Plaintiff] is." Defendant concluded his fourth video with renewed requests for additional information on Plaintiff, a renewed declaration of his objective to eliminate Plaintiff from YouTube, and another remark encouraging Plaintiff to sue Defendant, specifically stating, "I am waiting for you to sue me. If you don't sue me, I will sue you anyway. I will definitely sue you." *Id.* at ¶¶ 28-37.

k.      Defendant's fifth defamatory video was posted on or about December 24, 2020, featured one or more photographs of Plaintiff, referenced her presence in Florida, and contained false statements about her, which exposed Plaintiff to hatred, distrust, ridicule, contempt, and disgrace, which injured her in the exercise of her business on YouTube, and which included false claims, among others, that Plaintiff is a mistress, "has been raped by black men, gang raped," and is "a big propaganda." Defendant's fifth video also included remarks by which Defendant encouraged Plaintiff to sue him because of his defamatory statements, specifically stating, "If what I said is not right, I am willing to bear full legal responsibilities." *Id.* at ¶¶ 41-43.

l.      Defendant's sixth defamatory video was posted on or about December 26, 2020, featured one or more photographs of Plaintiff, referenced her full name and presence in Florida, and contained false statements about her, which exposed Plaintiff to hatred, distrust, ridicule, contempt, and disgrace, which injured her in the exercise of her business on YouTube, and which included false claims, among others, that Plaintiff was a mistress to a senior executive with Chinese video-sharing platform, she left junior high school to soon after become a mistress to a corrupt official in Suqian City, she later became a prostitute and a mistress to a corrupt official in Shanghai, with whom she supposedly had a son, and she now works as a prostitute and consorts with "white men" and "black men" in the United States. Defendant also falsely asserted that Plaintiff's videos were written by the Falun Gong, a Chinese religious movement, and the Epoch Times, a media company associated with the Falun Gong. Additionally, Defendant falsely implied that another YouTube host visited Plaintiff in Florida for sex, and that Plaintiff's voice is of poor quality from oral sex. *Id.* at ¶¶ 48-51.

m.      Defendant's seventh defamatory video was posted on or about December 27, 2020, featured one or more photographs of Plaintiff, and contained false statements about her, which exposed Plaintiff to hatred, distrust, ridicule, contempt, and disgrace, which injured her in the exercise of her business on YouTube, and which included false claims, among others, that Plaintiff is a mistress of a supposed CCP spy and "is a little female cat in heat." Defendant's seventh video concluded with remarks by which Defendant encouraged Plaintiff to sue him because of his defamatory statements, specifically stating, "I hope you continue to sue me. I am not afraid. . . . I have full legal responsibility to all the content I said, right? I am not afraid of losing money or anything." *Id.* at ¶¶ 55-57.

n.      Defendant made these videos and defamatory statements with malice. *Id.* at ¶¶ 14, 19, 25, 38, 45, 52, and 58.

Case No. 21-CA-004599

o.    Defendant's defamatory statements caused legal damages to Plaintiff in the past and will cause legal damages to Plaintiff in the future, including, but not limited to her shame, humiliation, and mental anguish, medical expenses, and her loss of earnings and earnings capacity. *Id.* at ¶¶ 15, 20, 26, 39, 46, 53, and 59.

6.    **List of witnesses with addresses attached (*Attach regardless of whether previously filed).***

See Exhibit A.

7.    **Potential problems with the attendance or scheduling of witnesses:**

None, however, Plaintiff moved to use Zoom for her presentation of testimony by one of her treating physicians.  See Pl.'s Mot. to Use Zoom for Presentation of Testimony by Treating Physician at Trial (Oct. 12, 2022).

8.    **Limitations on the number of witnesses (e.g. expert witness, "before and after" witness, etc. to prevent cumulative testimony):**

No such limitations are necessary.

9.    **List of special damages attached with stipulations as to relevance, materiality, reasonableness or necessity, or any combination.  (*Attach regardless of whether previously filed.*)**

See Exhibit B.

10.    **Concise statement of any disputed issues of law, evidence or procedure for the court to determine (*each counsel shall also attach a statement of position as to each issue together with supporting legal citations and a copy of each case cited)*:**

No such issues exist.

11.    **Time allowed for each opening statement:**

No more than 30 minutes.

12.    **Time allowed for each closing argument:**

No more than 60 minutes.

13.    **Stipulations (checked)**:

a)    Less than 6 jurors if one becomes incapacitated                    ✓

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 6 of 20

| | | | |
|---|---|---|---|
| b) | Use of expert testimony anytime | | Not applicable. |
| c) | Waive x-ray and other technicians | | Not applicable. |
| d) | Waive record custodians | ✓ | |
| e) | Copies of ordinances or foreign laws | | Not applicable. |
| f) | Other: | | |

**14.    Judicial Notice:**

Not applicable.

**15.    Estimated length of trial:**

Two full days.

**16.    Objections to deposition testimony which is to be read or otherwise presented into evidence:**

Not applicable.

**17.    View of scene necessary or requested:**

Not applicable.

**18.    Elements of surprise or surveillance:**

None.

**19.    Answers to written interrogatories or admissions pursuant to requests for admissions which a party desires to offer into evidence at trial, together with any objections thereto.** *(Attach regardless of whether previously filed).*

See Exhibit C.

**20.    List of pending motions:**

Plaintiff's Motion to Use Zoom for Presentation of Testimony by Treating Physician at Trial (Oct. 12, 2022)

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 7 of 20

21.     **Settlement possibilities:**

None.

22.     **List of all photographs, documents and exhibits attached.** *(Attach regardless of whether previously filed).* **Counsel shall confer prior to trial, and shall initial all photographs; documents and exhibits which they agreed shall be received in evidence.**

See Exhibit D.

23.     **List of audio-visual equipment, multi-media technology and personnel that will be utilized and provided, during trial:**

Plaintiff intends to use the ELMO projector and has requested to present the testimony of a treating physician via Zoom.  Accordingly, Plaintiff will coordinate the presence of all related technology, such as the screen(s).

**A party requesting that any audio-visual equipment, multi-media technology or personnel be provided by the Court Business Center (CBC) shall contact CBC at (813) 272-5520 at least 7 days prior to the pretrial conference in order to reserve such equipment and personnel, and to obtain a cost estimate and make any necessary financial arrangements.**

**A party requesting CBC equipment or personnel may complete the online rental form at: http://www.fljud13.org/Forms/CourtEquipmentRental.asx.**

24.     **The court reporter at trial will be:**

a.      **(Name)**        The Reporting Firm

b.      **(Address)**     1115 East Cass Street, Tampa, Florida 33602

c.      **(Telephone)**   (813) 252-7179

25.     **All challenges to jurors based upon their responses to the written questionnaire or voir dire questioning, based on any nondisclosures or misstatements that are reasonably discoverable (e.g., ISO or public records searches), must be brought to the attention of the trial judge and opposing counsel before the jury is excused to deliberate.**

Case No. 21-CA-004599

26.    **This UNIFORM PRETRIAL CONFERENCE ORDER shall control the subsequent course of this action.  Failure to comply with the requirements of this Order will subject the party or counsel to appropriate sanctions.**

IT IS ORDERED in Tampa, Hillsborough County, Florida on this _____ day of

_____, 2022

21-CA-004599 11/4/2022 4:00:35 PM

_____
REX M. BARBAS
Circuit Court Judge

Copies Furnished To:

Richard C. Alvarez, Esquire (rick.alvarez@akerman.com)
Bin Zhang (alex.chang0723@gmail.com)

*Revised September 22, 2014*
Page 8 of 8

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 8 of 20

# EXHIBIT A

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 9 of 20

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,

     Plaintiff,

                                    CASE NO. 21-CA-004599

v.

                                      DIVISION J

BIN ZHANG,

     Defendant.

_____/

## PLAINTIFF'S LIST OF TRIAL WITNESSES

Plaintiff, YAQIN LIU, in accordance with the Court's Uniform Order Setting Case for Trial and Pretrial (Jury Trial), hereby provides the following list of those individuals currently known and expected to testify at the upcoming trial of this action:

1.     YAQIN LIU
       c/o Plaintiff's Counsel

2.     BIN ZHANG
       c/o Defendant's Counsel

3.     Kannya Asokan, M.D.
       BayCare Medical Group
       17512 Dona Michelle Drive, Suite 5
       Tampa, Florida 33647

4.     Matthew Fucarino, M.D.
       AdventHealth Tampa
       3100 East Fletcher Avenue
       Tampa, Florida 33613

5.     Nakul Batra, M.D.
       Gracepoint Healthcare
       2212 East Henry Avenue
       Tampa, Florida 33610

6.     Roberto Lluch, M.D.
       Gracepoint Healthcare

7.     Benjamin Spurling, M.D.
       Gracepoint Healthcare

8.     Susan Murray, M.D.
       Gracepoint Healthcare

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 10 of 20

CASE NO: 21-CA-004599

9.      Christina Hardeman, M.A.
        Gracepoint Healthcare

10.     San K. Chang, M.D.
        St. Joseph's Hospital
        3001 West Dr. Martin Luther King, Jr. Boulevard
        Tampa, Florida 33607

11.     Alan D. Feldman, M.D.
        HCA Florida West Tampa Hospital
        6001 Webb Road
        Tampa, Florida 33615

*Each of the healthcare providers, as identified at Nos. 3-11 above, treated Plaintiff in the ordinary course and is expected to testify about the psychological anguish and related care that Plaintiff experienced due to Defendant's defamatory statements*

12.     Any custodians or designees of non-parties whose testimony is necessary for the authentication and/or explanation of records, bills, liens, or other exhibits, including, but not limited to: (a) the medical records and bills from BayCare Urgent Care, BayCare Medical Group, AdventHealth Tampa, Tampa Bay Emergency Physicians, Transcare Medical EMS, Gracepoint Healthcare, St. Joseph's Hospital, Emergency Medical Associates of Tampa Bay, SDI Radiology, Associated Pathology of St. Joseph's Baptist, HC Florida West Tampa Hospital, and Turnstone Emergency Physicians; (b) the medical lien of Florida Blue (Rawlings Company); or (c) the analytical reports from YouTube.

13.     Any other witnesses who are identified through discovery conducted in the future.

14.     Any other witnesses identified by Defendant in his witness list.

15.     Any additional witnesses whose testimony cannot be anticipated currently but whose testimony is later determined to be necessary at trial.

2

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 11 of 20

CASE NO.: 21-CA-004599

## CERTIFICATE OF SERVICE

PLAINTIFF'S COUNSEL HEREBY CERTIFIES that, on July 12, 2022, the foregoing witness list was filed electronically with the Clerk of Court, through the Florida Courts E-Filing Portal, so that a copy will be sent automatically to Defendant's counsel.

/s/ _____

_____
Richard C. Alvarez, Esquire
Florida Bar No. 031615
AKERMAN LLP
*Counsel to Plaintiff*
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone No. (813) 223-7333
Primary Email: rick.alvarez@akerman.com
Secondary Email: nicole.emmett@akerman.com

3

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 12 of 20

# EXHIBIT B

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 13 of 20

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,

    Plaintiff,

v.

BIN ZHANG,

    Defendant.

_____/

CASE NO. 21-CA-004599

DIVISION J

**PLAINTIFF'S LIST OF SPECIAL DAMAGES**

Plaintiff, YAQIN LIU, in accordance with the requirements of the Uniform Pretrial Conference Order, hereby provides this list of special damages, as currently known and intended for recovery at the upcoming trial:

| | |
|---|---|
| **Loss of YouTube Revenues in Past** | $ 195,782.37 |
| **Loss of YouTube Revenues in Future** | > $ 111,995.64 |
| **Medical Expenses in Past** | > $ 29,825.85 |

The loss of future revenues is an estimate and reflects losses over just the next year.  The final value will be based upon the actual testimony at trial and left to the jury's discretion.  The past medical expenses of $29,825.85 are a minimum value and do not reflect the bill of HCA Florida South Tampa Hospital.  Plaintiff's counsel has actively pursued a copy of this bill for months, yet it still has not been produced by the hospital.  This list of special damages will be amended upon receipt of this missing bill.

All other damages are non-economic and concern the shame, humiliation, and mental anguish experienced by Plaintiff, in the past and to be experienced in the future, due to Defendant's defamatory statements.

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 14 of 20

# EXHIBIT C

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 15 of 20

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 16 of 20

*Question 5.* Plaintiff's complaint references your YouTube channel named, "Ālì Zài Měiguó," or in English, "Ali in the USA." Please provide the following information regarding this channel:

 a.  the total number of views as of December 16, 2020;
 b.  the total number of subscribers as of December 16, 2020;
 c.  the total number of subscribers in the State of Florida as of December 16, 2020;
 d.  the total number of views <u>after</u> December 16, 2020;
 e.  the total number of views in the State of Florida <u>after</u> December 16, 2020;
 f.  the total number of subscribers as of today; and
 g.  the total number of subscribers in the State of Florida as of today.

**ANSWER:**

 a.  the total number of views as of December 16, 2020 is **508,848.**

 b.  the total number of subscribers as of December 16, 2020 is **3506**

 c.  I do not have the numbers and am unable to get the numbers.

 d.  The only numbers from Dec. 16 to Dec. 31 2020 are **61,736.**

 e.  The total number of views in the State of Florida after December 16, 2020 to Dec. 31 2020 is **360**

 f.  The total number of subscribers as of today is 25,000.

 g.  I do not have the numbers and am unable to get the numbers.



4

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 17 of 20

RESPONDENT NOTES THAT THE ABOVE ANSWERS DO NOT INCLUDE ANY INFORMATION THAT MAY BE LEARNED IN DISCOVERY OR ADDITIONAL INVESTIGATION

STATE OF __California__ )
                        )
COUNTY OF __Riverside__ )

BEFORE ME, the undersigned authority, personally appeared BIN ZHANG, who is personally known to me or produced __California Driver License__ as identification and who, upon being first duly sworn, deposes and says that the foregoing answers are true and correct to the best of his knowledge and belief.

_____
Bin Zhang

SWORN TO AND SUBSCRIBED before me this __31__ day of __May__, 2022.

_____
Signature of Notary Public

Notary Public, State of __California__    Commission Expires: __04/21/26__

See Attached: 05/31/22

5

**11/04/2022 04:00:37 PM Electronically Filed: Hillsborough County/13th Judicial Circuit.**                    **Page 17**

# EXHIBIT D

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 18 of 20

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 19 of 20

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,

      Plaintiff,

                                     CASE NO. 21-CA-004599

v.

                                     DIVISION J

BIN ZHANG,

      Defendant.

_____/

## EXHIBIT LIST

☐ 1.  Video 1 – "Maoshen Has Big Breasts but No Brain, Passively Became Mistress. . ."

☐ 2.  Thumbnail for Video 1

☐ 3.  Transcript of Video 1

☐ 4.  Video 2 – "Tang Baiqiao, the Man Behind Maoshen . . ."

☐ 5.  Thumbnail for Video 2

☐ 6.  Transcript of Video 2

☐ 7.  Video 3 (Excerpts) – "Ukes Made Video . . . Maoshen Responded to 'Cat Destroy Alliance'"

☐ 8.  Thumbnail for Video 3

☐ 9.  Transcript of Excerpts from Video 3

☐ 10.  Video 4 (Excerpts) – "Maoshen Issued Death Threat to Me, Ali Is Not Scared. . ."

☐ 11.  Thumbnail for Video 4

☐ 12.  Transcript of Excerpts from Video 4

☐ 13.  Video 5 (Excerpts) – "Cat Killing Diary [1] . . ."

☐ 14.  Thumbnail for Video 5

☐ 15.  Transcript of Excerpts from Video 5

☐ 16.  Video 6 – "Cat Killing Diary (2): Revealing More Information About Maoshen . . ."

☐ 17.  Thumbnail for Video 6

☐ 18.  Transcript of Video 6

CASE NO.:21-CA-004599

Unique Code : CAA-FAE-BCAFH-GGBHGDADJIEABAFAFHEE-BFCHEJB-E Page 20 of 20

☐ 19.  Excerpts from Video 7 – "Cat Killing Diary (3): Maoshen, Pussycat . . ."

☐ 20.  Thumbnail for Video 7

☐ 21.  Transcript of Excerpts from Video 7

☐ 22.  YouTube Data for Defendant's Videos with "Cat" (2021)

☐ 23.  Defendant's Answer to Plaintiff's Fifth Interrogatory (May 31, 2022)

☐ 24.  Transcript of Exchange on Twitter (Dec. 23, 2020)

☐ 25.  Transcript of Exchange on Telegram (Jun. 2021)

☐ 26.  Composite of Plaintiff's Medical Records

    ☐ A.  BayCare Medical Group (Mar. 17, 2021)

    ☐ B.  AdventHealth Tampa (Mar. 17, 2021)

    ☐ C.  Gracepoint (Mar. 17, 2021 to Mar. 19, 2021)

    ☐ D.  BayCare Medical Group (Mar. 31, 2021)

    ☐ E.  Gracepoint (May 18, 2021 to May 19, 2021)

    ☐ F.  TransCare Medical Transportation (May 19, 2021)

    ☐ G.  St. Joseph's Hospital (May 19, 2021 to May 26, 2021)

    ☐ H.  BayCare Medical Group (June 1, 2021)

    ☐ I.  Gracepoint (Jan. 2, 2022 to Jan. 3, 2022)

    ☐ J.  TransCare Medical Transportation (Jan. 3, 2022)

    ☐ K.  HCA West Tampa Hospital (Jan. 3, 2022 to Jan. 6, 2022)

☐ 27.  Composite of Plaintiff's Medical Bills

☐ 28.  Table on Plaintiff's Past Medical Expenses

☐ 29.  YouTube Data on Subscribers to Plaintiff's Channel

☐ 30.  YouTube Data on Monthly Views of Plaintiff's Channel

☐ 31.  YouTube Data on Monthly Revenue from Plaintiff's Channel

☐ 32.  Table on Calculation of Plaintiff's Loss of Revenues in Past and Future

☐ 33.  Table on Plaintiff's Total Economic Damages

2

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND
OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT

THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT

21CA-004599, 5/27/2026 3:24:29 PM

21-CA-004599, 5/27/2026 3:24:29 PM
Victor D. Crist, CLERK