# EXHIBIT 11



# Electronically Certified Official Record

## Document information

| | |
|---|---|
| **Agency Name:** | Hillsborough Clerk of Circuit Court and Comptroller |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 6/1/2026 10:49:06 AM |
| **Unique Reference Number:** | BAA-FBB-BCAFH-HHEDFHIBHHHHIBADDIGJ-GJGAEB-C |
| **Certification ID:** | 77435781777781033869 |
| **Requesting Party Code:** | 511 |
| **Requesting Party Reference:** | 19210075 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough County Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://www.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.

*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: recording@hillsclerk.com



Instrument #: 2022547754, Pg 1 of 1, 11/21/2022 11:22:31 AM Deputy Clerk: O Cindy Stuart, Clerk of the Circuit Court

Case 6:26-ap-01035-SY   Doc 18-11   Filed 06/16/26   Entered 06/16/26 17:48:02   Desc
Exhibit 11 - Final Judgment (Recorded) (Doc. 121)   Page 3 of 3

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA

YAQIN LIU,

    Plaintiff,

                                CASE NO. 21-CA-004599

v.

                                DIVISION J

BIN ZHANG,

    Defendant.

_____/

CLERK OF CIRCUIT COURT
NOV 18 2022 PM12:16

## FINAL JUDGMENT

Pursuant to the verdict rendered in this action, it is hereby ORDERED and ADJUDGED that Plaintiff, YAQIN LIU, whose address is 218 East Bearss Avenue, Unit 140, Tampa, Florida 33613, shall have and recover from Defendant, BIN ZHANG, who is also known as Alex Chang and whose last known address is 33276 Alagon Street, Temecula, California 92592, a final judgment for the sum of $ 1,625,000.00, which shall immediately begin to bear interest at the rate of 4.75% per year pursuant to Florida Statutes, § 55.03, and for which execution shall now issue.

This Court further reserves its jurisdiction to enforce this Final Judgment and to enter any additional orders as may be necessary and appropriate, including, but not limited to, any order on Plaintiff's entitlement to the recovery of costs pursuant to Florida Statutes, § 57.041.

DONE and ORDERED in Chambers in Hillsborough County, Florida, this _18th_ day of November, 2022.

_____
Chet A. Tharpe
CIRCUIT COURT JUDGE

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT

THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT



6/1/2026 10:49:09 AM
Victor D. Crist, CLERK

Unique Code : BAA-FBB-BCAFH-HHEDFHIBHHHIBADDIGJ-GJGAEB-C Page 1 of 1