# EXHIBIT 13



# Electronically Certified Court Record

This is to certify that this is a redacted copy of the original on file in this office.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Hillsborough County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 5/29/2026 10:51:06 AM |
| **Unique Reference Number:** | CAA-FAE-BCAFH-GIFGBFAIFAFDGAGAGFHF-BFDAAFC-C |
| **Case Number:** | 21-CA-004599 |
| **Case Docket:** | NOTICE OF APPEAL |
| **Requesting Party Code:** | 504 |
| **Requesting Party Reference:** | 19188060 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.

*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: HOVER@hillsclerk.com



Filing # 235238247 E-Filed 11/06/2025 10:16:21 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT

IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

CIVIL DIVISION

YAQIN LIU,

      Plaintiff,

                                    CASE NO. 21-CA-004599

v.

                                    DIVISION J

BIN ZHANG,

      Defendant.

_____/

**NOTICE OF APPEAL OF NONFINAL ORDER (Fla. R. App. P. 9.130)**

NOTICE IS GIVEN that Defendant, Bin Zhang, appeals to the Florida Second District Court of Appeal the nonfinal order titled "Order Denying Defendant's Amended Verified Motion to Vacate Final Judgment under Rule 1.540(b)(4)" rendered on November 5, 2025. A conformed copy of the order appealed is attached. This appeal is taken pursuant to Fla. R. App. P. 9.130(a)(5).

Respectfully submitted,

/s/ Bin Zhang

Bin Zhang, Pro Se

E-Service: alex.chang0723@gmail.com

Unique Code : CAA-FAE-BCAFH-GIFGBFAIFAFDGAGAGFHF-BFDAAFC-C Page 1 of 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2025, I e-filed the foregoing via the Florida Courts E-Filing

Portal and served all counsel of record.

Unique Code : CAA-FAE-BCAFH-GIFGBFAIFAFDGAGAGFHF-BFDAAFC-C Page 2 of 2

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND
OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT

THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT
21-CA-004599, 5/29/2026 10:51:08 AM

21-CA-004599, 5/29/2026 10:51:08 AM
Victor D. Crist, CLERK

