# EXHIBIT 14



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Hillsborough County Clerk of the Circuit Court |
| **Clerk of the Circuit Court:** | The Honorable Victor D. Crist |
| **Date Issued:** | 5/29/2026 10:51:10 AM |
| **Unique Reference Number:** | CAA-FAE-BCAFH-HHHDDAHBBIIGAIAEEBFA-BFDAAFD-F |
| **Case Number:** | 21-CA-004599 |
| **Case Docket:** | ORDER FROM DCA |
| **Requesting Party Code:** | 504 |
| **Requesting Party Reference:** | 19188060 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Victor D. Crist, Hillsborough County Clerk of the Circuit Court and Comptroller, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Hillsborough Clerk of the Circuit Court. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://Verify.Clerkecertify.com/VerifyImage .

**The web address shown above contains an embedded link to the verification page for this particular document.

*If you are a person with a disability who needs an accommodation, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the Clerk's ADA Coordinator within seven working days of the date the service is needed; if you are hearing or voice impaired, call 711.

Clerk of Court & Comptroller's Office ADA Coordinator

601 E. Kennedy Blvd., Tampa, FL 33602

Phone: (813) 276-8100, extension 4347

Email: HOVER@hillsclerk.com



# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SECOND DISTRICT
525 Mirror Lake Drive N., St. Petersburg FL 33701

May 28, 2026

Unique Code : CAA-FAE-BCAFH-HHHDDAHBBIIGAIAEEBFA-BFDAAFD-F  Page 1 of 1

| | |
|---|---|
| BIN ZHANG, | CASE NO.: 2D2025-3004 |
|     APPELLANT(S) | L.T. No.: 21-CA-004599 |
| V. | |
| YAQIN LIU, | |
|     APPELLEE(S). | |

_____

**BY ORDER OF THE COURT:**

Pursuant to the notice of voluntary dismissal, this appeal is dismissed. Appellant's motion for refund of upper tribunal filing fee paid under protest is denied. Appellee's motion for an extension of time is denied. Appellant's motion to amend affidavit of indigency is denied. Appellant's motion to extend automatic stay is denied.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Mary Elizabeth Kuenzel, Clerk

2D2025-3004 5/28/26



MT

Served:
RICHARD ALVAREZ
HILLSBOROUGH CLERK
KRISTEN MARIE FIORE
BIN ZHANG

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE IN MY OFFICE AS REDACTED PURSUANT TO COURT RULE. WITNESS MY HAND AND
OFFICIAL SEAL.

VISIT HTTPS://HILLSCLERK.COM TO VALIDATE THIS DOCUMENT

THE HONORABLE VICTOR D. CRIST, CLERK OF THE CIRCUIT COURT
21-CA-004599, 5/29/2026 10:51:12 AM

21-CA-004599, 5/29/2026 10:51:12 AM
Victor D. Crist, CLERK