**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
*evelina.gentry@akerman.com*
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Counsel for Plaintiff DuoDuo Cao f/k/a Yaqin
Liu*

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:26-bk-10804-SY |
| Bin Zhang, | Chapter 7 |
| Debtor. | |
| DUODUO CAO f/k/a YAQIN LIU, | Adv. No. 6:26-ap-01035-SY |
| Plaintiff, | **PROOF OF SERVICE RE:** |
| Vs. | **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1 with Exhibits [Adv. Docket No. 15]** |
| BIN ZHANG, | |
| Defendant. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT ON NON-DISCHARGEABILITY OF DEBT [Adv. Docket No. 16]** |
| | **NOTICE OF MOTION [Adv. Docket No. 17]** |
| | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE-COURT RECORDS with Exhibits [Adv. Docket No. 18]** |

1                                    CASE NO.: 6:26-AP-01035-SY

**PROOF OF SERVICE**

87212434;1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 AKERMAN LLP, 633 West Fifth Street, Suite 6400, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*):  PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT [Adv. Dkt. 15]; MEMORANDUM OF POINTS AND AUTHORITIES [Adv. Dkt. 16]; NOTICE OF MOTION
[Adv. Dkt. 17] and PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE-COURT RECORDS
[Adv. Dkt. 18]
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
06/16/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___06/16/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___06/16/2026_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/08/2026 | Reyko E. Del Pino, Paralegal | *Reyko E. Delpino* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**1.**   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

●   Charles W Daff, Chapter 7 Trustee - charleswdaff@gmail.com, c122@ecfcbis.com

●   Zheng Liu on behalf of Debtor Bin Zhang  - Andy.Liu@AptumLaw.us,
4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com

●   United States Trustee - ustpregion16.rs.ecf@usdoj.gov

**2.**   **SERVED BY UNITED STATES MAIL**

**Debtor**
Bin Zhang
33276 Alagon St
Temecula, CA 92592

**3.**   **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

### *SERVICE VIA FEDERAL EXPRESS*

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342