## United States Bankruptcy Court
### Central District of California
#### Riverside
#### Scott Yun, Presiding
#### Courtroom 302 Calendar

**Thursday, July 9, 2026**                                    **Hearing Room**    **302**

9:30 AM
**6:26-10804   Bin Zhang**                                          Chapter 7
Adv#: 6:26-01035     Cao v. Zhang

Telephonic Hearing

#8.00    Plaintiff's Motion for Default Judgment

**Evelina Gentry to appear by telephone (213)688-9500**

Docket    15

**Matter Notes:**

    **GRANTED:** _____    **DENIED:** _____

    **CONT'D. TO:** _____

      **Briefing filed:** _____

      **Opposition filed:** _____

      **Reply filed:** _____

**WITHDRAWN:** _____

    **Order Lodged by:** _____

**Tentative Ruling:**

CONTINUE to 8/6/26 @ 9:30 a.m. for plaintiff to provide proper notice
under FRCP 55(b)(2).

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

---

**Party Information**

7/9/2026 8:30:25 AM                    Page 14 of 31