AKERMAN LLP
EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Plaintiff/Judgment Creditor*
*DuoDuo Cao f/k/a Yaqin Liu*



**FILED & ENTERED**

**JUL 23 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason      DEPUTY CLERK**

**CHANGES MADE BY COURT**

*(margin: AKERMAN LLP — 633 West Fifth Street, Suite 6400, Los Angeles, California 90071 — TEL.: (213) 688-9500 – FAX: (213) 627-6342)*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BIN ZHANG,<br><br>          Debtor<br><br>DUODUO CAO f/k/a Yaqin Liu,<br><br>          Plaintiff,<br><br>vs.<br><br>BIN ZHANG,<br><br>          Defendant. | Case No.: 6:26-bk-10804-SY<br><br>Chapter 7<br><br>Adv. No. 6:26-ap-01035-SY<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**<br><br>Hearing:<br>Date: July 9, 2026<br>Time: 9:30 a.m.<br>Courtroom: 302<br>Place: U.S. Bankruptcy Court<br>      3420 Twelfth Street<br>      Riverside, CA 92501 |

Plaintiff DuoDuo Cao f/k/a Yaqin Liu's Plaintiff's Motion for Default Judgment Under LBR 7055-1 ("Motion") [Docket number 15] came before the court for hearing on July 9, 2026 at 9:30 a.m. in Courtroom 302 of the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501. The court having considered the Motion, the notice of the Motion [Docket number 17], the memorandum of points and authorities [Docket number 16], and the Plaintiff's Request for Judicial Notice of Certified State-Court Records [Docket number 18], and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted; and

2. The plaintiff shall lodge a judgment consistent with this order within seven days.

### 

Date: July 23, 2026

Scott H. Yun
United States Bankruptcy Judge

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342