AKERMAN LLP
EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Plaintiff/Judgment Creditor*
*DuoDuo Cao f/k/a Yaqin Liu*

**FILED & ENTERED**

**JUL 23 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BIN ZHANG,<br><br>       Debtor | Case No.: 6:26-bk-10804-SY<br><br>Chapter 7 |
| DUODUO CAO f/k/a Yaqin Liu,<br><br>       Plaintiff,<br><br>vs.<br><br>BIN ZHANG,<br><br>       Defendant. | Adv. No. 6:26-ap-01035-SY<br><br>**JUDGMENT** |

The court having granted Plaintiff's Motion for Default Judgment Under LBR 7055-1 by separate order, and good cause appearing,

///

///

///

1

Adv. Case No. 6:26-bk-01035-SY

**[PROPOSED] JUDGMENT**

87462687;1

IT IS ORDERED that judgment is entered in favor of plaintiff DuoDuo Cao f/k/a Yaqin Liu ("Plaintiff") and against defendant Bin Zhang ("Defendant") on the single claim for relief in the complaint under 11 U.S.C. § 523(a)(6). The debt owed by Defendant to Plaintiff in the amount of $1,625,000.00 as reflected by the Final Judgment entered in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida on November 18, 2022 in case number 21-CA-004599 is deemed nondischargeable.

###

Date: July 23, 2026

Scott H. Yun
United States Bankruptcy Judge

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**[PROPOSED] JUDGMENT**

87462687;1