United States Bankruptcy Court

Central District of California

Cao,

    Plaintiff

Zhang,

    Defendant

Adv. Proc. No. 26-01035-SY

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID**      **Recipient Name and Address**
dft      + Bin Zhang, 33276 Alagon St, Temecula, CA 92592-1327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**      **Bypass Reason**      **Name and Address**
pla      DuoDuo Cao

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| Evelina Gentry | on behalf of Plaintiff DuoDuo Cao evelina.gentry@akerman.com  eileen.lewis@akerman.com;reyko.delpino@akerman.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Zheng Liu | on behalf of Defendant Bin Zhang Andy.Liu@AptumLaw.us  4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com |

District/off: 0973-6                                   User: admin                                   Page 2 of 2
Date Rcvd: Jul 23, 2026                               Form ID: pdf031                              Total Noticed: 1
TOTAL: 4

AKERMAN LLP
EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Plaintiff/Judgment Creditor
DuoDuo Cao f/k/a Yaqin Liu*



**FILED & ENTERED**

JUL 23 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BIN ZHANG,<br><br>Debtor<br><br>DUODUO CAO f/k/a Yaqin Liu,<br><br>Plaintiff,<br><br>vs.<br><br>BIN ZHANG,<br><br>Defendant. | Case No.: 6:26-bk-10804-SY<br><br>Chapter 7<br><br>Adv. No. 6:26-ap-01035-SY<br><br>**JUDGMENT** |

The court having granted Plaintiff's Motion for Default Judgment Under LBR 7055-1 by separate order, and good cause appearing,

///

///

///

1

Adv. Case No. 6:26-bk-01035-SY

**[PROPOSED] JUDGMENT**

87462687;1

AKERMAN LLP<br>633 West Fifth Street, Suite 6400<br>Los Angeles, California 90071<br>TEL.: (213) 688-9500 – FAX: (213) 627-6342

IT IS ORDERED that judgment is entered in favor of plaintiff DuoDuo Cao f/k/a Yaqin Liu ("Plaintiff") and against defendant Bin Zhang ("Defendant") on the single claim for relief in the complaint under 11 U.S.C. § 523(a)(6). The debt owed by Defendant to Plaintiff in the amount of $1,625,000.00 as reflected by the Final Judgment entered in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida on November 18, 2022 in case number 21-CA-004599 is deemed nondischargeable.

###

**AKERMAN LLP**
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Date: July 23, 2026

_____
Scott H. Yun
United States Bankruptcy Judge

**[PROPOSED] JUDGMENT**

87462687;1