United States Bankruptcy Court

Central District of California

Cao,

    Plaintiff

Adv. Proc. No. 26-01035-SY

Zhang,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdf045 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID**      **Recipient Name and Address**
dft      + Bin Zhang, 33276 Alagon St, Temecula, CA 92592-1327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**      **Bypass Reason**      **Name and Address**
pla      DuoDuo Cao

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| Evelina Gentry | on behalf of Plaintiff DuoDuo Cao evelina.gentry@akerman.com  eileen.lewis@akerman.com;reyko.delpino@akerman.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Zheng Liu | on behalf of Defendant Bin Zhang Andy.Liu@AptumLaw.us 4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com |

District/off: 0973-6                    User: admin                          Page 2 of 2
Date Rcvd: Jul 23, 2026                 Form ID: pdf045                       Total Noticed: 1
TOTAL: 4

AKERMAN LLP
EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Plaintiff/Judgment Creditor*
*DuoDuo Cao f/k/a Yaqin Liu*

**FILED & ENTERED**

**JUL 23 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BIN ZHANG,<br><br>      Debtor<br><br>DUODUO CAO f/k/a Yaqin Liu,<br><br>      Plaintiff,<br><br>vs.<br><br>BIN ZHANG,<br><br>      Defendant. | Case No.: 6:26-bk-10804-SY<br><br>Chapter 7<br><br>Adv. No. 6:26-ap-01035-SY<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**<br><br>Hearing:<br>Date: July 9, 2026<br>Time: 9:30 a.m.<br>Courtroom: 302<br>Place: U.S. Bankruptcy Court<br>      3420 Twelfth Street<br>      Riverside, CA 92501 |

Plaintiff DuoDuo Cao f/k/a Yaqin Liu's Plaintiff's Motion for Default Judgment Under LBR 7055-1 ("Motion") [Docket number 15] came before the court for hearing on July 9, 2026 at 9:30 a.m. in Courtroom 302 of the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501. The court having considered the Motion, the notice of the Motion [Docket number 17], the memorandum of points and authorities [Docket number 16], and the Plaintiff's Request for Judicial Notice of Certified State-Court Records [Docket number 18], and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted; and

2. The plaintiff shall lodge a judgment consistent with this order within seven days.

### ###

Date: July 23, 2026

Scott H. Yun
United States Bankruptcy Judge

**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Tel.: (213) 688-9500 – Fax: (213) 627-6342

2                    Adv. Case No. 6:26-bk-01035-SY